**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF** | **6500 CHERRYWOOD LANE** |
| **ALEXANDER WILLIAMS, JR.** | **GREENBELT, MD 20770** |
| **UNITED STATES DISTRICT JUDGE** | **(301) 344-0637** |
| | **FAX (301) 344-0672** |

September 28, 2011

MEMO TO COUNSEL RE:     JOSEPH ANTONIO
v.
SECURITY SERVICES OF AMERICA,
   LLC ET AL.
(AW-05-2982)

Dear Counsel:

     A two week jury trial has been set in the above referenced matter for April 3, 2012 in the United States District Court for the District of Maryland, Southern Division, courtroom, 4A.  The pre-trial conference will take place on March 16, 2012 at 10:00 a.m .  The pre-trial order is due in chambers by March 9, 2012.  Counsel is instructed to submit before or at the pre-trial conference, proposed joint *voir dire*, joint jury instructions, verdict sheet and any motions in limine.  The Southern Division is located at 6500 Cherrywood Lane, Greenbelt, Maryland.

     Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                              Sincerely,

                              /s/
                              Alexander Williams, Jr.
                              United States District Judge