IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| JOSEPH ANTONIO, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SECURITY SERVICES OF AMERICA, LLC, *et al.*, )<br>)<br>Defendants. ) | Case No. AW-05-2982 |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO SEVER (SEPARATE TRIAL)

Plaintiffs respectfully move for an extension of time until November 18, 2011, to file their opposition papers to Defendant SSA Security, Inc.'s ("SSA") Motion to Sever [for] Separate Trial (Docket No. 503). In support of this motion, Plaintiffs state as follows:

1. This Court resolved SSA's Renewed Motion for Summary Judgment and sustained two Plaintiffs' claims against SSA. (Docket Nos. 500, 501).

2. On October 20, 2011, Defendants filed the instant Motion to Sever [for] Separate Trial.

3. Plaintiffs' opposition is currently due November 7, 2011. Plaintiffs' Counsel requires additional time to prepare its opposition due to the time it has been required to spend advising individual plaintiffs about the motion.

4. Accordingly, Plaintiffs respectfully request an eleven day extension, until November 18, to file Plaintiffs' Opposition.

5. Plaintiffs' counsel has conferred with SSA's counsel regarding this Motion and is authorized to state that SSA consents to the relief sought herein.

Respectfully Submitted

By: __/s/____ Steven H. Schulman_____

Steven H. Schulman (Bar No. 17144)
sschulman@akingump.com
C. William Frick (Bar No. 17450)
bfrick@akingump.com
Joseph L. Decker (admitted *pro hac vice*)
jdecker@akingump.com
Allison Walsh Sheedy (Bar. No. 17357)
asheedy@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 887-4000
Fax: (202) 887-4288

Isabelle M. Thabault (Bar No. 16600)
isabelle_thabault@washlaw.org
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 319-1000
Fax: (202) 319-1010

Attorneys for Plaintiffs

Dated: November 1, 2011