IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

|  |  |
|---|---|
| JOSEPH ANTONIO, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SECURITY SERVICES OF AMERICA, LLC, *et al.*, ) <br> ) <br> Defendants. ) | Case No. AW-05-2982 |

## PROPOSED ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to File Opposition to Defendant SSA Security, Inc.'s Motion to Sever (Separate Trial), it is hereby ORDERED, that the Motion for Extension is GRANTED.

Dated: _____

_____
Alexander Williams, Jr.
United States District Judge