AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| Joseph Antonio, et al., *Plaintiff* | ) ) ) | |
| v. | ) | Case No.  8:05-cv-2982 (AW) |
| Security Services of America, LLC, et al. *Defendant* | ) ) ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Derrick Potts and Terri Rookard

Date:   11/17/2011

*Attorney's signature*

Larry E. Tanenbaum (D. Md. Bar No. 17988)
*Printed name and bar number*

Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Ave., NW
Washington, DC 20036

*Address*

ltanenbaum@akingump.com
*E-mail address*

(202) 887-4000
*Telephone number*

(202) 887-4288
*FAX number*