**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)**

|  |  |  |
|---|---|---|
| JOSEPH ANTONIO, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action 05-cv-02982 (AW) |
| SECURITY SERVICES OF AMERICA, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## REQUEST FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 101.2(a), the undersigned counsel, Kevin H. Moriarty, respectfully requests leave to withdraw as counsel for defendant Patrick S. Walsh.  Mr. Walsh continues to be represented in this matter by Brent J. Gurney and Allison Hester-Haddad of Wilmer Cutler Pickering Hale and Dorr LLP.

Dated:  November 30, 2011.                                  Respectfully submitted,

                                                                                       /s/
                                                                           Kevin H. Moriarty (*admitted pro hac vice*)
                                                                           Wilmer Cutler Pickering Hale and Dorr LLP
                                                                           1875 Pennsylvania Avenue NW
                                                                           Washington, D.C.  20006
                                                                           Phone:  (202) 663-6000
                                                                           Fax:  (202) 663-6363
                                                                           Kevin.Moriarty@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, this Request for Withdrawal of Appearance was served on all counsel of record via the Court's CM/ECF system.

                                                                                       /s/
                                                                           Kevin H. Moriarty (*admitted pro hac vice*)