IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| JOSEPH ANTONIO, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: AW-05-2982 |
| SECURITY SERVICES OF AMERICA, LLC, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT AARON SPEED'S RESPONSE TO DEFENDANT, SSA
SECURITY, INC.'S MOTION FOR SEPARATE TRIAL**

Defendant Aaron Speed, through counsel, for his Response to Defendant SSA Security Inc., d/b/a Security Services of America's ("SSA") Motion for a Separate Trial ("SSA's Motion") states as follows:

ARGUMENT

Mr. Speed agrees with SSA's Motion. Bifurcating this case so that the trial against SSA occurs separate from, and prior to, the trial against defendants Aaron Speed, Jeremy Parady, Patrick Walsh, Michael Everhart and Roy McCann (together, the "Individual Defendants") is warranted under Fed. R. Civ. P 20(b) and 42(b). These cases involve separate claims, issues, and parties. Proceeding with a consolidated trial of all remaining causes of action will result in unnecessary expense for all parties involved and will unduly lengthen the trial of the Plaintiffs' claims.

Mr. Speed consents to SSA's Motion. As SSA explains in its Motion, the issues and the evidence presented in the Plaintiffs' claims against SSA are distinct from the issues and evidence that will be presented in the Plaintiffs' case against the Individual Defendants. The Court should bifurcate the case so that the claims against SSA (which are brought by two plaintiffs) are tried

2407733.v1

separately from, and prior to, the claims that all Plaintiffs bring against the Individual Defendants. Bifurcation is also appropriate because it will prevent jury confusion and avoid prejudice to Defendants.

## CONCLUSION

For the foregoing reasons, and those stated by SSA in its Motion, Mr. Speed requests that this Court grant SSA's Motion for a Separate Trial and that the case against SSA be scheduled for trial prior to the case against the Individual Defendants.

Respectfully submitted,

 /s/
Harold G. Belkowitz (Trial Bar#: 013031)
Kelly M. Preteroti (Trial Bar#: 28231)
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
1401 H St., NW, Suite 500
Washington, DC 20005
(202) 408-8400 (telephone)
(202) 326-5260 (facsimile)

*Attorneys for Defendant Aaron Speed*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2011, a copy of Aaron Speed's Response to SSA's Motion for Separate Trial, was served on all counsel of record through the Court's CMECF System.

/s/
Kelly M. Preteroti