# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (SOUTHERN DIVISION)

| | |
|---|---|
| JOSEPH ANTONIO, *et al.*,              ) <br>          ) <br>     Plaintiffs,         ) <br>          ) <br>     v.                 ) <br>          ) <br> SECURITY SERVICES OF AMERICA, LLC, *et al.*,   ) <br>          ) <br>     Defendants.     ) <br>          ) | Case No. AW-05-2982 |

## DEFENDANT, SSA SECURITY, INC.'S PROVISIONAL OBJECTIONS TO CONSENT DECREES ENTERED INTO BETWEEN PLAINTIFFS AND INDIVIDUAL DEFENDANTS MICHAEL EVERHART AND ROY MCCANN

Defendant, SSA Security, Inc., d/b/a Security Services of America ("SSA"), by counsel, respectfully files the following provisional objection to the Consent Decrees entered into by and between all 32 plaintiffs and individual defendants Michael Everhart and Roy McCann.[1]  Under the terms of the agreements, Messrs. Everhart and McCann agree to meet with Plaintiffs' counsel and provide certain testimony as to the pending civil suit as to all remaining Defendants, including SSA. As discussed fully in Defendant SSA Security, Inc.'s Motion for Separate Trial, Document No. 503, there are no common claims as between SSA and any of the individual defendants, including Messrs. McCann and Everhart.  Accordingly, to the extent the Consent Decree presumes that there is admissible, relevant testimony of Messrs. McCann and Everhart on the remaining negligence-based claims, SSA objects to any such testimony.  Messrs. McCann and Everhart were never employed by SSA and have no relationship with the company.

---

[1]  A similar provisional objection was previously filed as to individual defendant Patrick Steven Walsh.  See Dkt. 511.

If this Court deems that there is any admissible testimony by Messrs. McCann and Everhart as to SSA, SSA contends that it is entitled to discovery depositions.  Mr. McCann was deposed on May 13, 2008 and provided testimony about the facts of the arson.  He did not take the Fifth Amendment. He provided no testimony as to SSA or its employees.  To the extent that changes, SSA respectfully requests a discovery deposition on any newly-proffered evidence.  Mr. Everhart was deposed on April 10, 2008.  Mr. Everhart declined to answer any questions and pled the Fifth Amendment on advice of counsel.  Assuming he is now willing to testify as to the arson, it is unfair to permit Plaintiffs to come forward with evidence years past the discovery deadline pursuant to an agreement absent discovery by SSA.  In addition, SSA reserves the right to file any further motions pursuant to schedule set forth in this Court's order of September 29, 2011, Document No. 502.

In conclusion, SSA objects to any testimony by Messrs. McCann and Everhart on the remaining negligence based claims as to SSA.  There is no indication in the record that these witnesses have information on any facts related to these legal theories.  If this Honorable Court grants the motion for a separate trial, this issue is moot.  Conversely, if the motion is denied and testimony is permitted, SSA respectfully requests the opportunity to depose Mr. Everhart, as contemplated by the discovery rules and scheduling orders of this Court prior to any trial testimony and Mr. McCann, but only if his testimony is proffered to be inconsistent with his prior testimony.


Dated:  December 28, 2011                    Respectfully submitted,

                                             **SSA SECURITY, INC., D/B/A SECURITY**
                                             **SERVICES OF AMERICA**

                                             _____/s/_____
                                             Gerry H. Tostanoski (Federal Bar No.07382)
                                             Scott A. Thomas (Federal Bar No. 11692)
                                             Tydings & Rosenberg LLP
                                             100 East Pratt Street, 26th Floor
                                             Baltimore, MD 21202
                                             Telephone:  (410) 752-9761
                                             Fax:  (410) 727-5460

and


Kevin L. Keller (*admitted pro hac vice*)
Joseph P. Moriarty (*admitted pro hac vice*)
WILLCOX & SAVAGE, P.C.
Wells Fargo Center
440 Monticello Avenue, Suite 2200
Norfolk, Virginia  23510
Telephone:  (757) 628-5500
Facsimile:   (757) 628-5566

***Counsel for Defendant***
***SSA Security, Inc***.