IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Joseph Antonio, et al. *

vs. * Case No. 8:05-CV-2982 (AW)

Security Services of America, LLC, et al. *
******

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**

Please enter my appearance as counsel in this case for All Plaintiffs: Joseph Antonio, Cynthia Jewett, Beverly Rowe, Crystal Johnson, Sharon Smith, Belinda Jackson, Bulan Jules-Antonio, Harold Jewett, Terri Rookard, Samantha Walker, Keith Robinson, Jacque Hightower, Derrick Potts, Everton Rowe, Evora Swoopes, Michael Clark, Dawn Hightower, Natalie Gibbs, Michael Johnson, Takeysha Robinson, George Haley, Kendall Walker, Thomas Cooper, Yvonne Haley, Keth Kankanamage, Erik Smith, Leonard Swoopes, Greg Gibbs, Carolyn Clark, Jagath Kankanamage, Khari Jackson, Angel Fountain-Cooper.

I certify that I am admitted to practice in this court.

01/09/2012
*Date*

*Signature of Counsel*

Jeffrey M. King          18287
*Print Name*             *Bar Number*

Akin Gump Strauss Hauer & Feld, LLP
*Firm Name*

1333 New Hampshire Ave., NW
*Address*

Washington, DC 20036
*City/State/Zip*

(202) 887-4000
*Phone No.*

(202) 887-4288
*Fax No.*

jking@akingump.com
*Email Address*