IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| JOSEPH ANTONIO, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. AW-05-2982 |
| ) | |
| SECURITY SERVICES OF AMERICA, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to Take Deposition of William Fitzpatrick to Preserve Testimony and For Use at Trial, it is hereby:

**ORDERED** that the motion is hereby **GRANTED**, and that Plaintiffs are granted leave to take the *de bene esse* videotaped deposition of William Fitzpatrick for use at trial and subject to the Federal Rules of Evidence.

**SO ORDERED**.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this _____ day of February, 2012.

                                                        Hon. Alexander Williams, Jr.
                                                        United States District Court Judge