# EXHIBIT 2



# DAILY ACTIVITY LOG

| DATE 12 05 04 | DAY Sunday | | | FACILITY | | PAGE ___ OF ___ | |
|---|---|---|---|---|---|---|---|
| OFFICER(S) | | START | STOP | OFFICER(S) | | START | STOP |
| 1. William D Fitzpatrick | | | | 3. | | | |
| 2. | | | | 4. | | | |

| EQUIPMENT CHECK | YES | NO | TIMES | | CHRONOLOGICAL ACTIVITIES |
|---|---|---|---|---|---|
| POST ORDERS COMPLETED | | | START | STOP | PT#023 98N-485NP BB Doug gray |
| PATROL VEHICLE INSPECTED | | | | | |
| RADIOS IN GOOD CONDITION | | | 600 | | Patroled Area OK |
| RECORDING CLOCK WORKING | | | | | |
| CLIENT KEY INVENTORY | | | 635 | | Patroled Area OK |
| ACTIVITY SUMMARY | YES | NO | | | |
| INCIDENT REPORT COMPLETED | | | 700 | | Patroled Area OK |
| ACCIDENT/ DAMAGE REPORTED | | | | | |
| LIGHTING REPORT CONDUCTED | | | 730 | | Patroled Area OK |
| FIRE EQUIPMENT REPORT | | | | | |
| UNAUTHORIZED ENTRY/EXIT | | | 800 | | Patroled Area OK |
| ALARM RESPONSES | | | | | |
| EXITS BLOCKED | | | 830 | | Patroled Area OK |
| PATROL ROUNDS MISSED | | | | | |
| UNSECURED SPACES | | | 900 | | Patroled Area OK |
| DOORS & WINDOWS OPEN | | | | | |
| ESCORTS CONDUCTED | | | 935 | | Patroled Area |
| SPRINKLERS/RISERS INSPECTED | | | | | |
| WATER OR OTHER LEAKS | | | 1002 | | Patroled Area OK |
| SAFETY HAZARDS REPORTED | | | | | |
| DELIVERIES ACCEPTED | | | 1030 | | Patroled Area OK |
| PASS OR ACCESS VIOLATIONS | | | | | |
| | | | 1100 | | 5034 Patroled Area OK |
| | | | 1130 | | Patroled Area OK |
| | | | 1200 | | Patro 301 349 9732 Area OK |
| | | | 1230 | | Patroled Area OK |
| | | | 100 | | Patroled Area OK |
| | | | 132 | | Patroled Area OK |
| | | | 200 | | Patroled Area OK |
| | | | 230 | | Patroled Area OK |
| | | | 302 | | Patroled Area OK |
| | | | 330 / 420 | | Patroled Area OK |

**PATROL SAFETY YOU HAVE TO LIVE IT!**

- CHECK YOUR EQUIPMENT FOR PROPER OPERATING CONDITIONS
- STAY ALERT FOR SLIPPERY SURFACE CONDITIONS
- NO SMOKING ON PATROL
- BE ALERT TO LIGHTING CONDITIONS
- WATCH FOR OVERLOADED ELECTRICAL OUTLETS OR EXPOSED WIRES
- CHECK FOR FLAMMABLES FIRE HAZARDS
- CHECK FOR CHEMICAL HAZARDS AND LOCATION OF MATERIAL SAFETY DATA SHEETS
- IF YOU ARE INJURED OR SICK REPORT IT IMMEDIATELY



# DAILY ACTIVITY LOG

| DATE 12/5-12/6 | DAY Sun./Mon. | FACILITY Huntersbrook | PAGE 1 OF ___ |
|---|---|---|---|

| OFFICER(S) | START | STOP | OFFICER(S) | START | STOP |
|---|---|---|---|---|---|
| 1. Ofc. B. Fitzpatrick | 1800 | 0500 | 3. | | |
| 2. | | | 4. | | |

| EQUIPMENT CHECK | YES | NO | TIMES | CHRONOLOGICAL ACTIVITIES |
|---|---|---|---|---|
| | | | START / STOP | |
| POST ORDERS COMPLETED | | | | |
| PATROL VEHICLE INSPECTED | | | | |
| RADIOS IN GOOD CONDITION | | | 1810 | On duty picked up amber light toured site all ok 2 workers in back hanging drywall. (mudding) |
| RECORDING CLOCK WORKING | | | | |
| CLIENT KEY INVENTORY | | | | |
| ACTIVITY SUMMARY — YES / NO | | | | |
| INCIDENT REPORT COMPLETED | | | | |
| ACCIDENT/DAMAGE REPORTED | | | 1930 | both workers left the property all ok |
| LIGHTING REPORT CONDUCTED | | | | |
| FIRE EQUIPMENT REPORT | | | | |
| UNAUTHORIZED ENTRY/EXIT | | | | |
| ALARM RESPONSES | | | | |
| EXITS BLOCKED | | | | |
| PATROL ROUNDS MISSED | | | 2100 | No activity all secure |
| UNSECURED SPACES | | | 2230 | Patrolled entire site conditions normal |
| DOORS & WINDOWS OPEN | | | | |
| ESCORTS CONDUCTED | | | | |
| SPRINKLERS/RISERS INSPECTED | | | | |
| WATER OR OTHER LEAKS | | | | |
| SAFETY HAZARDS REPORTED | | | 2334 | Eric from B+B Construction on site stated he was going to light some heaters for the mud for drywall. gray dodge MO Tag 98N485 1 heater falty and singed hair on his face |
| DELIVERIES ACCEPTED | | | | |
| PASS OR ACCESS VIOLATIONS | | | | |
| | | | 0020 | Eric left property |
| | | | 0110 | Supervisor Sgt. Messick here on site |
| | | | 0230 | Site conditions normal no activity |
| | | | 0400 | Nothing to report patrolled area |
| | | | 0430 | last patrol of area all ok and quiet |
| | | | 0452 | Site secure at this time off duty |

**PATROL SAFETY — YOU HAVE TO LIVE IT!**

- CHECK YOUR EQUIPMENT FOR PROPER OPERATING CONDITIONS
- STAY ALERT FOR SLIPPERY SURFACE CONDITIONS
- NO SMOKING ON PATROL
- BE ALERT TO LIGHTING CONDITIONS
- WATCH FOR OVERLOADED ELECTRICAL OUTLETS OR EXPOSED WIRES
- CHECK FOR FLAMMABLES FIRE HAZARDS
- CHECK FOR CHEMICAL HAZARDS AND LOCATION OF MATERIAL SAFETY DATA SHEETS
- IF YOU ARE INJURED OR SICK REPORT IT IMMEDIATELY

SSP167