# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

|  |  |
|---|---|
| JOSEPH ANTONIO, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SECURITY SERVICES OF AMERICA, LLC, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. AW-05-2982 |

## PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedures, Plaintiffs Joseph Antonio, Bulan Jules-Antonio, Michael Clark, Carolyn Clark, Thomas Cooper, Angel Fountain-Cooper, Greg Gibbs, Natalie Gibbs, George Haley, Yvonne Haley, Jacque Hightower, Dawn Hightower, Khari Jackson, Belinda Jackson, Harold Jewett, Cynthia Jewett, Michael Johnson, Crystal Johnson, Jagath Kankanamage, Keth Kankanamage, Derrick Potts, Terri Rookard, Keith Robinson, Takeysha Robinson, Everton Rowe, Beverly Rowe, Erik Smith, Sharon Smith, Leonard Swoopes, Evora Swoopes, Kendall Walker, and Samantha Walker ("Plaintiffs"), by and through their undersigned counsel, hereby make their initial disclosures. The below disclosures reflect information reasonably available to Plaintiffs at this time. Plaintiffs reserve their right to supplement and/or amend these disclosures in accordance with Fed. R. Civ. P. 26(e)(1).

    A.    26(a)(1)(A) – Individuals Likely to Have Discoverable Information

Plaintiffs identify the following individuals who are likely to have discoverable information that they may use to support their claims or defenses.

The following individuals are Plaintiffs in this action. Each plaintiff is likely to have discoverable information regarding some or all of the following subjects: the impact of the fires

Brooke neighborhood; and the negotiation, consummation, and terms of any agreement for the transfer of assets relating to their security services businesses.

The following corporate entity was a developer and contractor involved in the building of certain homes in the Hunter's Brooke neighborhood.

> Patriot Homes, Inc.
> 307 South Main Street
> Suite 200
> Elkhart, IN 46516
> Tel: (574) 524-8600

Representatives of Patriot Homes, Inc. and any relevant affiliated companies, as yet unknown, are likely to have discoverable information regarding: the negotiation, consummation, terms, and performance of any agreement with defendants for security services at the Hunter's Brooke community; and communications relating to, and actions taken to repair or replace, Plaintiffs' homes after the fires of December 6, 2004.

The following individual is a former SSA security guard who worked in the Hunter's Brooke neighborhood.

> William Fitzpatrick
> 15900 Livingston Road
> Accokeek, MD 20607

Mr. Fitzpatrick is likely to have discoverable information regarding: his work history at SSA and his previous employers; SSA's hiring, training, and supervision procedures, practices, and policies concerning the security guards assigned to Hunter's Brooke; his criminal background; the level of his involvement in the residential fires at Hunter's Brooke on December 6, 2004; the events surrounding the fires; statements made by himself to law enforcement, the Court, and other individuals following the fires; and other information regarding the allegations in the Complaint relating to defendants' actions.