# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| JOSEPH ANTONIO, *et al.*,       ) | |
|     ) | |
|     Plaintiffs,    ) | |
|     ) | |
| v.     ) | Case No. AW-05-2982 |
|     ) | |
| SECURITY SERVICES OF AMERICA, LLC, *et al.*  ) | |
|     ) | |
|     Defendants.    ) | |
|     ) | |

## PLAINTIFFS' FIRST AMENDED RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedures, Plaintiffs Joseph Antonio, Bulan Jules-Antonio, Michael Clark, Carolyn Clark, Thomas Cooper, Angel Fountain-Cooper, Greg Gibbs, Natalie Gibbs, George Haley, Yvonne Haley, Jacque Hightower, Dawn Hightower, Khari Jackson, Belinda Jackson, Harold Jewett, Cynthia Jewett, Michael Johnson, Crystal Johnson, Jagath Kankanamage, Keth Kankanamage, Derrick Potts, Terri Rookard, Keith Robinson, Takeysha Robinson, Everton Rowe, Beverly Rowe, Erik Smith, Sharon Smith, Leonard Swoopes, Evora Swoopes, Kendall Walker, and Samantha Walker ("Plaintiffs"), by and through their undersigned counsel, hereby make their first amended initial disclosures. The below disclosures reflect information reasonably available to Plaintiffs at this time. Plaintiffs reserve their right to supplement and/or amend these disclosures in accordance with Fed. R. Civ. P. 26(e)(1).

A.    26(a)(1)(A) – Individuals Likely to Have Discoverable Information

Plaintiffs identify the following individuals who are likely to have discoverable information that they may use to support their claims or defenses.

information regarding: his involvement, and the involvement of the other Individual

Defendants, in the residential fires at Hunter's Brooke on December 6, 2004; the motivation

behind, planning, and execution of the fires; the events surrounding the fires; statements made by

himself and his co-conspirators to law enforcement, the Court, and other individuals both before

and following the fires; and other information regarding the allegations in the Amended

Complaint relating to Defendants' actions.

      6.     The following SSA, Inc. representatives may have discoverable information

regarding SSA's business policies and practices, including, without limitation, policies and

practices concerning hiring, training, and supervision; the negotiation, consummation, terms, and

performance of any verbal or written agreement to provide security services at Hunter's Brooke.

              Donald R. Orcutt
              Security Services of America, Inc.
              5825 Highway 70
              Morehead City, NC 28557
              Tel: (252) 808-3185

              Neil L. Mayzik Sr.
              Security Services of America, Inc.
              5825 Highway 70
              Morehead City, NC 28557
              Tel: (252) 808-3185

Robert G. Capello
Security Services of America, Inc.
5825 Highway 70
Morehead City, NC 28557
Tel: (252) 808-3185

The following SSA, Inc. representatives may have discoverable information regarding

SSA's policies and practices concerning hiring, training, supervision, and disciplining of security

officers, including Aaron L. Speed and William Fitzpatrick; as well as the negotiation,

consummation, terms, and performance of any verbal or written agreement to provide security

services at Hunter's Brooke.

Brandi Grafton
SSA Security Services of America, Inc.
9470 Annapolis Road, Suite 312
Lanham, Maryland 20706
Tel: (301) 306-3890

Carol Anne Lee
SSA Security Services of America, Inc.
9470 Annapolis Road, Suite 312
Lanham, Maryland 20706
Tel: (301) 306-3890

The following SSA, Inc. representative and former employees have discoverable

information regarding SSA's policies and practices concerning hiring, training, supervision, and

disciplining of security officers; including the hiring, employment and training of Aaron L.

Speed and William Fitzpatrick.

Michele T. Ellerbee
SSA Security Services of America, Inc.
9470 Annapolis Road, Suite 312
Lanham, Maryland 20706
Tel: (301) 306-3890

Bradley Messick (former employee)
7030 Gorham Lane
La Plata, MD 20646

Forest Dale Crouch (former employee)
4653 Deep Spring Place
Waldorf, MD 20601

The following individual is a former SSA security guard who worked in Hunter's Brooke.

William Fitzpatrick
658 Prospect St.
Leavenworth, Kansas 66048
Tel: (913) 297-0467

Mr. Fitzpatrick is likely to have discoverable information regarding: his work history at SSA and his previous employers; SSA's hiring, training, and supervision procedures, practices, and policies concerning the security guards assigned to Hunter's Brooke; his criminal background and background in general; the level of his involvement in the planning and execution of the residential fires at Hunter's Brooke on December 6, 2004, as well as the involvement of the Individual Defendants; the events surrounding the fires; statements made by himself to law enforcement, the Court, and other individuals following the fires; and other information regarding the allegations in the Amended Complaint relating to Defendants' actions.

The following SSA Security, Inc. representative has discoverable information regarding policies and practices concerning background investigations conducted on applicants and active security officers.

Cheryl J. Conrad
Security Services of America, Inc.
408 Investors Place, Suite. 106
Virginia Beach, Va. 23452
Tel. (757) 490-3070

The following former ABM employee has discoverable information regarding: the negotiation, consummation, terms, and performance of any verbal or written agreement to