# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

|  |  |
|---|---|
| JOSEPH ANTONIO, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. AW-05-2982 |
| ) | |
| SECURITY SERVICES OF AMERICA, LLC, *et al.* ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' PRELIMINARY TRIAL WITNESS LIST

Pursuant to the Fifth Scheduling Order agreed to by the parties and the Honorable Judge Day on October 1, 2008, Plaintiffs Joseph Antonio, Bulan Jules-Antonio, Michael Clark, Carolyn Clark, Thomas Cooper, Angel Fountain-Cooper, Greg Gibbs, Natalie Gibbs, George Haley, Yvonne Haley, Jacque Hightower, Dawn Hightower, Khari Jackson, Belinda Jackson, Harold Jewett, Cynthia Jewett, Michael Johnson, Crystal Johnson, Jagath Kankanamage, Keth Kankanamage, Derrick Potts, Terri Rookard, Keith Robinson, Takeysha Robinson, Everton Rowe, Beverly Rowe, Erik Smith, Sharon Smith, Leonard Swoopes, Evora Swoopes, Kendall Walker, and Samantha Walker ("Plaintiffs"), by and through their undersigned counsel, identify herein their list of anticipated trial witnesses. If additional witnesses are discovered, Plaintiffs will supplement this list and make any trial witnesses available for a deposition as contemplated by the Fifth Scheduling Order.

The following Security Services of America, LLC, ABM Industries, Inc., and SSA Security, Inc. representatives, employees, and former employees may be called at trial, live or by deposition, as permitted by the rules:

>Donald R. Orcutt
>Security Services of America, Inc.
>5825 Highway 70
>Morehead City, NC 28557
>Tel: (252) 808-3185
>
>Neil L. Mayzik Sr.
>Security Services of America, Inc.
>5825 Highway 70
>Morehead City, NC 28557
>Tel: (252) 808-3185
>
>Robert G. Capello
>Security Services of America, Inc.
>5825 Highway 70
>Morehead City, NC 28557
>Tel: (252) 808-3185
>
>Brandi Grafton
>SSA Security Services of America, Inc.
>9470 Annapolis Road, Suite 312
>Lanham, Maryland 20706
>Tel: (301) 306-3890
>
>Carol Anne Lee
>SSA Security Services of America, Inc.
>9470 Annapolis Road, Suite 312
>Lanham, Maryland 20706
>Tel: (301) 306-3890
>
>Bradley Messick (former employee)
>7030 Gorham Lane
>La Plata, MD 20646
>
>Forest Dale Crouch (former employee)
>4653 Deep Spring Place
>Waldorf, MD 20601

William Fitzpatrick (former employee)
658 Prospect St.
Leavenworth, Kansas 66048
Tel: (913) 297-0467

Cheryl J. Conrad
Security Services of America, Inc.
408 Investors Place, Suite. 106
Virginia Beach, Va. 23452
Tel. (757) 490-3070

Martin Sances*
ABM Security Services, Inc.
184 2nd Street
San Francisco, CA 94105
Tel. (415) 434-9221

*Mr. Sances' current address is unknown. SSA's Counsel has informed Plaintiffs that Mr. Sances can be contacted through them.

Steven L. Frost
Security Services of America, Inc.
5825 Highway 70
Morehead City, NC 28557
Tel. (252) 808-3185

James C. Stevens
Security Services of America, Inc.
5825 Highway 70
Morehead City, NC 28557
Tel: (252) 808-3185

Michael Weatherl
Security Services of America, Inc.
901 W. Bond
Lincoln, NE 68521
Tel. (800) 765-2776

John W. Moore, II
ABM Security Services, Inc.
8101 W. Sam Houston Pkwy S., Suite 150
Houston, TX 77072
Tel. (713) 926-4453