# EXHIBIT 6

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

━━━━━━━━━ Attorneys at Law

**Joseph Decker**
202.887.4548/fax: 202.887.4288
jdecker@akingump.com

September 23, 2008

VIA EMAIL & U.S. MAIL

Kevin L. Keller, Esq.
John S. Wilson, Esq.
Joseph P. Moriarty, Esq.
Willcox & Savage PC
One Commercial Place, Suite 1800
Norfolk, VA 23510

Harold G. Belkowitz, Esq.
Ober, Kaler, Grimes & Shriver
1401 H Street, N.W., Suite 500
Washington, D.C. 20005

Daniel R. Chemers, Esq.
Gregory E. Rapisarda, Esq.
Saul Ewing LLP
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, MD 21202

Philip T. Evans, Esq.
John S. Irving, IV, Esq.
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

Gerry H. Tostanoski, Esq.
Scott A. Thomas, Esq.
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

Kelly M. Preteroti, Esq.
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street, Suite 800
Baltimore, MD 21202

Joshua R. Treem, Esq.
Michael C. Lind, Esq.
Schulman, Treem, Kaminkow, Gilden & Ravenell, P.A.
401 East Pratt Street
World Trade Center, Suite 1800
Baltimore, MD 21202

Lisa Cole
Brent J. Gurney, Esq.
Kevin H. Moriarty, Esq.
Thaya F. Brook, Esq.
Kevin C. Heffel, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Re: *Antonio, et al. v. Security Services of America, LLC, et al.*
Case No. AW-05-2982

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

September 23, 2008
Page 2

Dear Counsel:

Enclosed please find a CD containing replacement .tiff files of documents responsive to Defendants' document requests, to replace the images produced Friday, September 19, 2008. Please return the disks sent Friday to my attention at our offices 9address below), as they inadvertently contained unredacted records.

Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

This data replaces the documents Bates numbered HBP-015439 through HBP-015599 as follows:

| Family | Bates Range |
| --- | --- |
| Clark Family | HBP-015439-HBP015450 |
| Cooper Family | HBP-015451-HBP-015452 |
| Jewett Family | HBP-015453-HBP-015477 |
| Johnson Family | HBP-015478-HBP-015548 |
| Smith Family | HBP-015549-HBP-015566 |
| Walker Family | HBP-015567-HBP-015580 |

Third Party
| | |
| --- | --- |
| William Fitzpatrick | HBP-015581-HBP-015583 |
| Gibbs Family | HBP-015584-HBP-015599 |

Also enclosed are individual responses to Defendant Walsh's Fifth Set of Interrogatories to Plaintiffs for the Hightower and Robinson Families.

Please do not hesitate to contact us if you have any questions.

Sincerely,

Joseph Decker

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

September 23, 2008
Page 3

                                                Enclosure

cc:    Counsel for Plaintiffs