**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)**

| | |
|---|---|
| _____ | ) |
| JOSEPH ANTONIO, *et al.*, | ) |
| | ) |
| Plaintifs, | ) |
| | ) |
| v. | )   Case No. AW-05-2982 |
| | ) |
| SECURITY SERVICES OF AMERICA, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## CERTIFICATE OF CONFERENCE OF COUNSEL

In compliance with Local Rule 104.7, this is to certify that counsel for Plaintiffs, Steven

H. Schulman made good faith attempts to reach an agreement to file this motion jointly or

unopposed with counsel for SSA, Gerry H. Tostanoski.  The parties were not able to come to an

agreement before Plaintiffs filed the instant motion.

Certified By:


By: __/s/____Joseph L. Decker _____
Joseph L. Decker (admitted *pro hac vice*)
jdecker@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 887-4000
Fax: (202) 887-4288

Attorney for Plaintiffs


Dated: January 27, 2012

1