# EXHIBIT 6

#613196v.1


## WASHINGTON LAWYERS' COMMITTEE
### FOR CIVIL RIGHTS AND URBAN AFFAIRS

December 15, 2011

**VIA ELECTRONIC AND FIRST CLASS MAIL**

Gerry Tostanoski, Esq.
Tydings & Rosenberg, LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

    Re:   *Antonio v. Security Services of America, LLC*
           Case No. AW-05-2982

Dear Gerry:

    I am writing to follow up on my previous requests that you provide the complete prior reports of Dr. Killeen as ordered by the Court on October 4, 2010. As you know, the Court ordered that you produce three prior reports of Dr. Killeen in which she discussed or diagnosed emotional distress and/or post traumatic stress disorder (PTSD). These prior reports are highly relevant to Dr. Killeen's testimony in the instant case in which she criticizes our expert, Dr. Russell Jones, with reference to his procedures and conclusions regarding emotional distress and PTSD. After the Court ordered your client to produce these reports, you produced incomplete reports, providing only the narrative section but not the attachments, many of which are specifically referenced in the reports. In her prior reports, Dr. Killeen gave many of the same tests that were administered by Dr. Jones to our clients and discussed many of the same issues about which she testified in the instant case. The attachments are part of the reports and should be produced. Moreover, as we have discussed on numerous occasions, it is only by access to the information in the attachments and the underlying data about the specific test scores that the narrative can be understood and compared to the positions Dr. Killeen is now taking in this case.

    I raised this issue with you shortly after you produced the narratives. We agreed to hold off on a final resolution until the court ruled on the then pending summary judgment motions. After the court ruled on those motions I again raised with you our position that your client should produce the complete reports. We have had numerous conversations and exchanged many emails about the reports and thus far you have not produced them. In early November you reported that Dr. Killeen had been in an accident that would further delay for a week or two your response to our request. Most recently you communicated that you would provide an answer by December 12, 2011. That date has past and I have not heard further from you.

    These materials, as with the narrative previously produced, would of course be protected by the protective order in this case and could be redacted to the extent necessary to protect the identity of individuals.

Please let me know by close of business on Monday, December 19, whether you intend to produce the attachments and materials referenced in Dr. Killeen's reports. If we do not have a resolution by then, we will proceed with filing a motion to compel.

Sincerely,

*Isabelle M. Thabault*

Isabelle M. Thabault
Senior Counsel

11 Dupont Circle, NW Suite 400  ■  Washington, DC 20036  ■  Telephone: 202-319-1000  ■  Facsimile: 202-319-1010  ■  washlaw.org