# EXHIBIT 7

#613196v.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)**

| | |
|---|---|
| JOSEPH ANTONIO, *et al.*,          ) <br>     ) <br>     Plaintiffs,     ) <br>     ) <br>     v.     ) <br>     ) <br> SECURITY SERVICES OF AMERICA, LLC, *et al.*,   ) <br>     ) <br>     Defendants.     ) <br>     ) | Case No. AW-05-2982 |

## AFFIDAVIT OF KATHERINE W. KILLEEN, PH.D.

The undersigned, Katherine W. Killeen, Ph.D. being duly sworn, and to the best of her knowledge, information, and belief, affirms, deposes, and states as follows:

1.      I am over the age of eighteen years and competent to testify.  I have personal knowledge of the facts stated herein.

2.      I am a psychologist licensed in the state of Maryland, License #2267.

3.      I was retained by Defendant SSA Security, Inc., d/b/a Security Services of America as an expert witness in this case.

4.      I drafted a report dated March 1, 2010 containing my opinions.

5.      I was deposed in this case over a four-day period on May 4-6, 2010, and on June 15, 2010.

6.      Counsel for plaintiffs requested that I produce expert reports in three cases in which I was consulted years ago.  After researching my records and following consultations (by me as well as counsel for SSA), I ascertained that I authored reports in only two of three cases. In the other case, counsel for the prior litigant instead prepared a witness statement.

7.      The two cases currently at issue were filed in state court in Maryland.

8.      When the counsel in the prior cases objected to the production of the reports, I declined to produce the reports in light of privacy concerns voiced on behalf of the prior litigants.

#1687107v.1

9.      This Court issued an order and approved a protective order and the two reports were produced with all personal information redacted pursuant to the Orders.  It was my intent to comply with the Court order and my belief that I produced all that was required under the orders.

10.     Thereafter, counsel for Plaintiffs requested additional documents referenced in the reports.  Counsel answered questions as to general information on the redacted reports such as the job title of a person's name that was redacted.  In addition, I researched my files and library and produced articles, etc. cited in the reports.

11.     I understand plaintiffs' counsel have requested the production of certain raw data related to psychological testing performed by others and me in the prior, unrelated litigation.

12.     I advised counsel for SSA that Maryland law; specifically, the Confidentiality of Medical Records, MD. Health General § 4-301-309 precludes me from both disclosing raw data prepared pursuant to testing I administered or re-disclosing materials prepared by others that I received during the prior litigation .

13.     This has been my practice and procedure throughout my career.  Raw data may only be produced to a licensed psychologist with a proper release from the patient/litigant pursuant to the privacy laws of the state of Maryland.

14.     I have consulted with my personal counsel and confirmed that my analysis of this issue is correct.

15.     I have not disclosed this data at issue to counsel for SSA


AND FURTHER THE AFFIANT SAYETH NOT.


_Katherine W Killeen, Ph.D_


State of Maryland
City/County of _Anne Arundel MD_, to-wit:

Subscribed and sworn to before me this _30th_ day of _January_ , 2012

_Tina L. Drake_
Notary Public

My Commission expires: _1/19/2014_

TINA L. DRAKE
NOTARY PUBLIC
ANNE ARUNDEL COUNTY
MARYLAND
My Commission Expires Jan. 19, 2014

2

#1687107v.1