**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)**

_____
                                            )
JOSEPH ANTONIO, *et al.*,                   )
                                            )
               Plaintifs,  )
                                            )
      v.                            )    Case No. AW-05-2982
                                            )
SECURITY SERVICES OF AMERICA, LLC, *et al.*,)
                                            )
               Defendants. )
_____)


**PLAINTIFFS' MOTION TO SEAL OPPOSITION TO SSA'S MOTION TO REOPEN
THE DEPOSITIONS OF PLAINTIFFS [TERRI] TOOKARD AND [DERRICK] POTTS**

      Pursuant to Local Rule 105.11, Plaintiffs respectfully move the Court to seal Plaintiffs' Opposition SSA's Motion to Reopen the Depositions of Plaintiffs [Terri] Rookard and [Derrick] Potts (Dkt. No. 535) and accompanying exhibits.

      This motion cites at length from Plaintiffs' highly confidential medical and psychological assessments and includes excerpts as exhibits. The sensitivity of this material has been previously recognized by the Court and parties as evidenced by the parties stipulating to a Joint Supplemental Protective Order. (*See* Dkt. No. 334-1, granted Dkt. No. 340) (specifically providing protection to Plaintiffs' medical records).

      Redaction of personal identifiers, which sufficed in the protective order governing the Plaintiffs medical records, would not protect the identities of these individuals because they are mentioned, by necessity, in the motions and associated briefs, and thus the information contained in the exhibits and brief could be used to identify the persons they describe.

      There is no reasonable alternative to sealing.

A proposed order is attached to this motion.

        Respectfully Submitted

        By: __/s/_____Steven H. Schulman_____
        Steven H. Schulman (Bar No. 17144)
        sschulman@akingump.com
        Jeffrey M. King (Bar No. 18287)
        jking@akingump.com
        Larry E. Tanenbaum (Bar No. 17988)
        ltanenbaum@akingump.com
        Joseph L. Decker (admitted *pro hac vice*)
        jdecker@akingump.com
        Akin Gump Strauss Hauer & Feld LLP
        1333 New Hampshire Avenue, N.W.
        Washington, D.C. 20036
        Tel: (202) 887-4000
        Fax: (202) 887-4288

        Isabelle M. Thabault (Bar No. 16600)
        isabelle_thabault@washlaw.org
        Washington Lawyers' Committee
        for Civil Rights and Urban Affairs
        11 Dupont Circle, N.W., Suite 400
        Washington, D.C. 20036
        Tel: (202) 319-1000
        Fax: (202) 319-1010

        Attorneys for Plaintiffs

Dated: February 6, 2012