IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

JOSEPH ANTONIO, *et al.*,

        Plaintifs,

v.

SECURITY SERVICES OF AMERICA, LLC, *et al.*,

        Defendants.

Case No. AW-05-2982

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Seal Plaintiffs' Opposition SSA's Motion to Reopen the Depositions of Plaintiffs [Terri] Rookard and [Derrick] Potts, it is hereby:

**ORDERED** that the motion is hereby **GRANTED**, and that Dkt. No. 535 is sealed pursuant to Local Rules 105.11 and 113.

**SO ORDERED**.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this _____ day of February, 2012.

        Hon. Charles B. Day
        United States Magistrate Judge