# Exhibit F

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)**

| | |
|---|---|
| JOSEPH ANTONIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SECURITY SERVICES OF AMERICA, LLC, *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)     Case No. AW-05-2982<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' PRELIMINARY TRIAL WITNESS LIST

Pursuant to the Fifth Scheduling Order agreed to by the parties and the Honorable Judge Day on October 1, 2008, Plaintiffs Joseph Antonio, Bulan Jules-Antonio, Michael Clark, Carolyn Clark, Thomas Cooper, Angel Fountain-Cooper, Greg Gibbs, Natalie Gibbs, George Haley, Yvonne Haley, Jacque Hightower, Dawn Hightower, Khari Jackson, Belinda Jackson, Harold Jewett, Cynthia Jewett, Michael Johnson, Crystal Johnson, Jagath Kankanamage, Keth Kankanamage, Derrick Potts, Terri Rookard, Keith Robinson, Takeysha Robinson, Everton Rowe, Beverly Rowe, Erik Smith, Sharon Smith, Leonard Swoopes, Evora Swoopes, Kendall Walker, and Samantha Walker ("Plaintiffs"), by and through their undersigned counsel, identify herein their list of anticipated trial witnesses. If additional witnesses are discovered, Plaintiffs will supplement this list and make any trial witnesses available for a deposition as contemplated by the Fifth Scheduling Order.

The following Security Services of America, LLC, ABM Industries, Inc., and SSA Security, Inc. representatives, employees, and former employees may be called at trial, live or by deposition, as permitted by the rules:

Donald R. Orcutt
Security Services of America, Inc.
5825 Highway 70
Morehead City, NC 28557
Tel:  (252) 808-3185

Neil L. Mayzik Sr.
Security Services of America, Inc.
5825 Highway 70
Morehead City, NC 28557
Tel:  (252) 808-3185

Robert G. Capello
Security Services of America, Inc.
5825 Highway 70
Morehead City, NC 28557
Tel:  (252) 808-3185

Brandi Grafton
SSA Security Services of America, Inc.
9470 Annapolis Road, Suite 312
Lanham, Maryland 20706
Tel:  (301) 306-3890

Carol Anne Lee
SSA Security Services of America, Inc.
9470 Annapolis Road, Suite 312
Lanham, Maryland 20706
Tel:  (301) 306-3890

Bradley Messick (former employee)
7030 Gorham Lane
La Plata, MD 20646

Forest Dale Crouch (former employee)
4653 Deep Spring Place
Waldorf, MD 20601

William Fitzpatrick (former employee)
658 Prospect St.
Leavenworth, Kansas 66048
Tel: (913) 297-0467

Cheryl J. Conrad
Security Services of America, Inc.
408 Investors Place, Suite. 106
Virginia Beach, Va. 23452
Tel. (757) 490-3070

Martin Sances*
ABM Security Services, Inc.
184 2nd Street
San Francisco, CA 94105
Tel. (415) 434-9221

*Mr. Sances' current address is unknown. SSA's Counsel has informed Plaintiffs
that Mr. Sances can be contacted through them.

Steven L. Frost
Security Services of America, Inc.
5825 Highway 70
Morehead City, NC 28557
Tel. (252) 808-3185

James C. Stevens
Security Services of America, Inc.
5825 Highway 70
Morehead City, NC 28557
Tel: (252) 808-3185

Michael Weatherl
Security Services of America, Inc.
901 W. Bond
Lincoln, NE 68521
Tel. (800) 765-2776

John W. Moore, II
ABM Security Services, Inc.
8101 W. Sam Houston Pkwy S., Suite 150
Houston, TX 77072
Tel. (713) 926-4453

3

Noel Espiritu
ABM Security Services, Inc.
184 2nd Street
San Francisco, CA 94105
Tel. (415) 434-9221

The following Defendants may be called at trial:

Jeremy Daniel Parady
15712 Livingston Road
Accokeek, MD 20607

Mr. Parady is currently incarcerated at FCI Ashland, Federal Correctional
Institution, P.O. Box 6001, Ashland, KY 41105.

Aaron Lee Speed
859 Copley Avenue
Waldorf, MD 20601

Mr. Speed is currently incarcerated at Gilmer FCI, Federal Correctional
Institution, P.O. Box 6000, Glenview, WV 26315.

Patrick Stephen Walsh
10915 Old Fort Road
Fort Washington, MD 20744

Mr. Walsh is currently incarcerated at Schuylkill FCI, Federal Correctional
Institution, P.O. Box 759, Minersville, PA 17954.

Michael McIntosh Everhart
1129 Harvard Road
Waldorf, MD 20602

Mr. Everhart is currently incarcerated at FCI Loretto, Federal Correctional
Institution, P.O. Box 1000, Loretto, PA 15940.

Roy Thomas McCann
2925 C Old Washington Road
Waldorf, MD 20601

4

Mr. McCann is currently incarcerated at CCM Orlando, Community Corrections Office, 6303 County Road 500, Wildwood, FL 34785.

The following employees and former employees of Patriot Homes, Inc. may be called at trial:

John Gaw (former employee)
5741 Whistling Winds Walk
Clarksville, MD 21029-1662

Timothy J. Schwartz (former employee)
4755 Willows Road
Chesapeake Beach, MD 20732-4221

Plaintiffs have recently noticed the 30(b)(6) depositions of Patriot Homes, Inc. and Lennar Corporation.  It is possible that these depositions may result in additional witnesses to be called at trial

The following individuals are local, state, or federal investigators who may be called at trial:

Joseph Bradley
FBI Baltimore
2600 Lord Baltimore
Baltimore, Maryland 21244
Tel:  (410) 265-8080

William Gonelli
FBI Baltimore
2600 Lord Baltimore
Baltimore, Maryland 21244
Tel.  (410) 265-8080

Sergeant Russell
Maryland State Police Licensing Division
1111 Reisterstown Road
Pikesville, MD 21208
Tel. (410) 653-4493

5

Christopher Trainor
Bureau of Alcohol, Tobacco, Firearms and Explosives
Baltimore Field Division
31 Hopkins Plaza, 5th Floor
Baltimore, Maryland 21201
Tel. (443) 965-2000

Matthew Varisco
Bureau of Alcohol, Tobacco, Firearms and Explosives
Baltimore Field Division
31 Hopkins Plaza, 5th Floor
Baltimore, Maryland 21201
Tel. (443) 965-2000

David Gorrell
Bureau of Alcohol, Tobacco, Firearms and Explosives
Baltimore Field Division
31 Hopkins Plaza, 5th Floor
Baltimore, Maryland 21201
Tel. (443) 965-2000

Detective Charles Baker
Charles County Sheriff's Office
6855 Crain Hwy
La Plata, Maryland 20646
Tel. (301) 932-2222

Plaintiffs also reserve the right to rely upon, live or by deposition, the testimony of any party to this action.

Plaintiffs reserve the right to supplement this Preliminary trial Witness List and proffer witnesses who are identified or deposed during the remainder of the discovery period. This list does not include individuals who may be custodians of documents, images, or other media that may be introduced as exhibits at trial. In addition, Plaintiffs reserve the right to call any witnesses designated by the Defendants as well as rebuttal and impeachment witnesses. All expert witnesses will be identified later pursuant to the Fifth Scheduling Order.

6

Date:  October 6, 2008

Respectfully submitted,

By: _____/s/_____

    Steven H. Schulman (Bar No. 17144)
    sschulman@akingump.com
    Allison Walsh Sheedy (Bar No. 17357)
    asheedy@akingump.com
    Matthew W. Dukes (admitted pro hac vice)
    mdukes@akingump.com
    Donald P. Amlin (admitted pro hac vice)
    damlin@akingump.com
    Joseph L. Decker (admitted pro hac vice)
    jdecker@akingump.com
    AKIN GUMP STRAUSS HAUER & FELD LLP
    1333 New Hampshire Avenue, N.W.
    Washington, D.C. 20036
    Tel: (202) 887-4000
    Fax: (202) 887-4288

    Isabelle M. Thabault (Bar No. 16600)
    isabelle_thabault@washlaw.org
    Washington Lawyers' Committee
    For Civil Rights and Urban Affairs
    11 Dupont Circle, N.W., Suite 400
    Washington, D.C. 20036
    Tel: (202) 319-1000
    Fax: (202) 319-1010

Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 6, 2008, I caused a true and correct copy of the foregoing

**Plaintiffs' Preliminary Trial Witness List** to be served by email upon the following:

**Attorneys for Defendants Security Services of America, LLC, ABM Industries, Inc. and SSA Security, Inc., d/b/a Security Services of America**

Kevin L. Keller, Esq.
kkeller@wilsav.com

Scott A. Thomas, Esq.
sthomas@tydingslaw.com

John S. Wilson, Esq.
jwilson@wilsav.com

Gerry H. Tostanoski, Esq.
gtostanoski@tydingslaw.com

Joseph P. Moriarty, Esq.
jmoriarty@wilsav.com

Tara L. Chadbourn, Esq.
tchadbourn@wilsav.com

**Attorneys for Defendant Jeremy Parady**

Daniel R. Chemers, Esq.
dchemers@saul.com

Gregory E. Rapisarda, Esq.
grapisarda@saul.com

Pervis C. Lee
plee@saul.com

**Attorneys for Defendant Roy McCann**

Joshua R. Treem, Esq.
jtreem@stkgrlaw.com

Michael C. Lind, Esq.
mlind@stkgrlaw.com

**Attorney for Defendant Aaron Speed**

Harold G. Belkowitz, Esq.
hgbelkowitz@ober.com

Kelly M. Preteroti, Esq.
kmpreteroti@ober.com

**Attorneys for Defendant Patrick Walsh**

Brent J. Gurney, Esq.
brent.gurney@wilmerhale.com

Kevin H. Moriarty, Esq.
kevin.moriarty@wilmerhale.com

Thaya F. Brook, Esq.
thaya.brook@wilmerhale.com

Kevin C. Heffel, Esq.
kevin.heffel@wilmerhale.com

Lisa J. Cole, Esq.
lisa.cole@wilmerhale.com

**Attorney for Defendant Michael Everhart**

Philip T. Evans, Esq.                    John S. Irving, IV, Esq.
philip.evans@hklaw.com                   john.irving@hklaw.com


By:_____ /s/ _____
    Allison Walsh Sheedy (Bar No. 17357)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (SOUTHERN DIVISION)

| | |
|---|---|
| JOSEPH ANTONIO, *et al.*,      ) <br>      ) <br>   Plaintiffs,      ) <br>      ) <br>   v.      ) <br>      ) <br> SECURITY SERVICES OF AMERICA, LLC, *et al.*,      ) <br>      ) <br>   Defendants.      ) <br>      ) | Case No. AW-05-2982 |

## PRELIMINARY TRIAL WITNESS LIST
## OF DEFENDANT MICHAEL EVERHART

Defendant Michael Everhart, through counsel, hereby submits his list of anticipated non-expert trial witnesses pursuant to the Court's Scheduling Order of October 1, 2008.  As discovery has not yet been completed, defendant is unable to designate all possible witnesses and reserves his right to supplement this witness list if additional witnesses are discovered.  Defendant also reserves his right to object to the testimony of any of the following witnesses on evidentiary grounds, and he does not adopt or concede the accuracy of the witnesses' testimony simply by listing them here.

Defendant Michael Everhart's preliminary trial witnesses are identified as follows:

- Kyna Wells

- Michael Everhart, Sr.

- Michael Gilbert

- William Fitzpatrick

- Dawn Everhart

Defendant reserves the right to call any witnesses identified in witness lists filed by

Plaintiffs and any other defendant, and will disclose anticipated expert witnesses at a later date

according to the Court's Order.

DATED: October 6, 2008                    Respectfully submitted,

                                          _____
                                          John S. Irving (Bar # 17284)
                                          Attorney for Defendant Michael Everhart
                                          Holland & Knight LLP
                                          2099 Pennsylvania Avenue, N.W.
                                          Suite 100
                                          Washington, D.C.  20006
                                          Telephone: (202) 457-7842
                                          Facsimile:  (202) 955-5564
                                          John.irving@hklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2008, I caused a true and correct copy of the foregoing Preliminary Trial Witness List of Defendant Michael Everhart to be served by email, upon the following individuals:

**Counsel for Plaintiffs:**

Steve Schulman, Esquire (sschulman@akingump.com)
C. William Frick, Esquire (bfrick@akingump.com)
Allison Walsh Sheedy, Esquire (asheedy@akingump.com)
Matthew W. Dukes, Esquire (mdukes@akingump.com)
Donald P. Amlin, Esquire (damlin@akingump.com)
Lauren R. Bates, Esquire (lbates@akingump.com)
Joseph Decker, Esquire (jdecker@akingump.com)
Isabelle M. Thabault, Esq. (isabelle_thabault@washlaw.org)
Donald L. Kahl, Esq. (don_kahl@washlaw.org)
Robert M. Bruskin, Esq. (bob_bruskin@washlaw.org)

**Counsel for Defendants Security Services of America,
LLC, ABM Industries Inc.,
and SSA Security, Inc.:**

Kevin L. Keller, Esquire (kkeller@wilsav.com)
John S. Wilson, Esquire (jwilson@wilsav.com)

2

Joseph P. Moriarty, Esquire (jmoriarty@wilsav.com)
Tara L. Chadbourn, Esquire (tchadbourn@wilsav.com)
Gerry H. Tostanoski, Esq. (gtostanoski@tydingslaw.com)
Scott A. Thomas, Esquire (sthomas@tydingslaw.com)

**Counsel for Defendant Jeremy D. Parady:**
Daniel R. Chemers, Esq. (dchemers@saul.com)
Gregory E. Rapisarda, Esq. (grapisarda@saul.com)

**Counsel for Defendant Aaron Speed:**

Harold Belkowitz, Esq. (hgbelkowitz@ober.com)
Kelly M. Preteroti, Esq. (kmpreteroti@ober.com)

**Counsel for Defendant Patrick Walsh:**

Brent J. Gurney, Esq. (WHWalshTeam@wilmerhale.com)
Renee Joanne Barnett, Esq. (WHWalshTeam@wilmerhale.com)
Kevin H. Moriarty, Esq. (WHWalshTeam@wilmerhale.com)
Thaya F. Brook, Esq. (WHWalshTeam@wilmerhale.com)
Kevin C. Heffel, Esq. (WHWalshTeam@wilmerhale.com)

**Counsel for Defendant Roy McCann:**

Joshua R. Treem, Esq. (jtreem@stkgrlaw.com)
Michael Lind, Esq. (mlind@stkgrlaw.com)

_____
John S. Irving

WILMERHALE

**<u>BY ELECTRONIC MAIL ONLY</u>**

October 10, 2008

[Distribution List Below]

Kevin H. Moriarty

+1 202 663 6461 (t)
+1 202 663 6363 (f)
kevin.moriarty@wilmerhale.com

Dear Counsel:

Per Mr. Schulman's October 7 letter, Patrick Walsh's potential witness list is as follows:

- Patrick Walsh's family members, including, but not limited to: Richard Walsh and Sally Ann Walsh.

- Any individual called at Patrick Walsh's criminal trial.

- Any of the parties to the instant action.

We further reserve the right to supplement this list, call any witnesses designated by other parties, call rebuttal and impeachment witnesses, and call any custodians of exhibits.

Please contact me with any questions.

Sincerely,

Kevin H. Moriarty

Distributed to:

Steven Schulman
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Isabelle M. Thabault
Donald L. Kahl
Robert M. Bruskin
Washington Lawyers' Committee
  For Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, DC 20036

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006

Baltimore    Beijing    Berlin    Boston    Brussels    London    New York    Oxford    Palo Alto    Waltham    Washington

WILMERHALE

October 10, 2008
Page 2


Daniel R. Chemers
Saul Ewing LLP
Lockwood Place
500 E. Pratt Street
Baltimore, MD  21202

Harold G. Belkowitz
Kelly M. Preteroti
Ober Kaler Grimes and Shriver
1401 H St N.W. Ste. 500
Washington, D.C.  20005

Philip T. Evans
Holland & Knight LLP
2099 Pennsylvania Ave N.W., Ste. 100
Washington, D.C.  20006

Joshua R. Treem
Schulman, Treem, Kaminkow, Gilden & Ravenell, P.A.
401 East Pratt Street
World Trade Center, Suite 1800
Baltimore, MD  21202

Kevin L. Keller
John S. Wilson
Joseph P. Moriarty
Wilcox & Savage
One Commercial Place, Suite 1800
Norfolk, VA  23510

Gerry Tostanowski
Scott A. Thomas
Tydings and Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, MD  21202

SCHULMAN, TREEM, KAMINKOW & GILDEN, P.A.
ATTORNEYS AT LAW
SUITE 1800, THE WORLD TRADE CENTER
401 EAST PRATT STREET
BALTIMORE, MARYLAND 21202

JOSHUA R. TREEM*
ROBERT B. SCHULMAN
MICHAEL E. KAMINKOW
STEVE G. GILDEN
LESLIE D. HERSHFIELD**
MICHAEL C. LIND
CRAIG R. SCHULMAN
LISA B. MEZRICH**
RICHARD C.B. WOODS
DAVID I. WEINSTEIN

(410) 332-0850
(410) 659-0111
FAX (410) 332-0866

*ALSO ADMITTED IN CO
**ALSO ADMITTED IN D.C.

October 6, 2008

**VIA ELECTRONIC MAIL ONLY**

[Distribution List Below]

Re:   *Antonio, et al. V. Security Services of America, LLC, et al.;*
      Case No. AW-05-2982

Dear Counsel:

Please accept this letter as Defendant Roy T. McCann's identification of witnesses who may be called at the trial of this matter:

Roy T. McCann's family members, including, but not limited to: Barbara Harrison, 2925 C Old Washington Road, Waldorf, Maryland 20601.

Wade "Smokey" Hamilton

Sean White

Ruby A. Cave

Michael Gilbert

Brandon Wilson

Any individual called at Roy T. McCann's criminal trial.

Defendant Roy T. McCann also reserves the right to rely upon, live or by deposition, the testimony of any party to this action and/or any individual identified in discovery to date.

In addition to the foregoing witnesses, Defendant Roy T. McCann reserves the right to supplement this preliminary trial witness list with the addition of other individuals, subject to the terms of the Court's scheduling order.  Defendant Roy T. McCann also reserves the right to call any witness listed by the other Defendants or the Plaintiffs.  All expert witnesses will be listed later pursuant to the schedule.

Very truly yours,

Michael C. Lind

MCL/mcl

cc:

Steve Schulman, Esquire (sschulman@akingump.com)
C. William Frick, Esquire (bfrick@akingump.com)
Allison Walsh Sheedy, Esquire (asheedy@akingump.com)
Matthew W. Dukes, Esquire (mdukes@akingump.com)
Donald P. Amlin, Esquire (damlin@akingump.com)
Lauren R. Bates, Esquire (lbates@akingump.com)
Joseph Decker, Esquire (jdecker@akingump.com)
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036

and

Isabelle M. Thabault, Esq. (isabelle_thabault@washlaw.org)
Donald L. Kahl, Esq. (don_kahl@washlaw.org)
Robert M. Bruskin, Esq. (bob_bruskin@washlaw.org)
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C.  20036
**Attorneys for Plaintiffs**

Philip T. Evans, Esq. (philip.evans@hklaw.com)
John S. Irving IV, Esq. (john.irving@hklaw.com)
Kimi O'Donnell, Esq. (kimi.odonnell@hklaw.com)
Holland & Knight LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC  20006
**Attorney for Defendant Michael Everhart**

Daniel R. Chemers, Esq. (dchemers@saul.com)
Gregory E. Rapisarda, Esq. (grapisarda@saul.com)
Saul Ewing LLP
Lockwood Place
500 East Pratt, Suite 900
Baltimore, MD 21202
**Attorneys for Defendant Jeremy D. Parady**

Harold Belkowitz, Esq. (hgbelkowitz@ober.com)
Kelly M. Preteroti, Esq. (kmpreteroti@ober.com)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore, MD 21202
**Attorneys for Defendant Aaron Speed**

Brent J. Gurney, Esq.
Renee Joanne Barnett, Esq.
Kevin H. Moriarty, Esq.
Thaya F. Brook, Esq.
Kevin C. Heffel, Esq.
(WHWalshTeam@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
**Attorneys for Defendant Patrick Walsh**

Kevin L. Keller, Esquire (kkeller@wilsav.com)
John S. Wilson, Esquire (jwilson@wilsav.com)
Joseph P. Moriarty, Esquire (jmoriarty@wilsav.com)
Tara L. Chadbourn, Esquire (tchadbourn@wilsav.com)
WILLCOX & SAVAGE, P.C.
Bank of America Center
One Commercial Place, Suite 1800
Norfolk, Virginia  23510
Telephone:  (757) 628-5500
Facsimile:  (757) 628-5566

and

Gerry H. Tostanoski, Esquire (gtostanoski@tydingslaw.com)
Scott A. Thomas, Esquire (sthomas@tydingslaw.com)
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202
Tele:   (410) 752-9761
Fax:    (410) 727-5460

**Counsel for Defendants**
Security Services of America LLC,
ABM Industries, Inc., and SSA Security, Inc.

WILMERHALE

**BY ELECTRONIC MAIL ONLY**

Kevin H. Moriarty

October 6, 2008

+1 202 663 6461 (t)
+1 202 663 6363 (f)
kevin.moriarty@wilmerhale.com

[Distribution List Below]

Dear Counsel:

Pursuant to the parties' agreed-upon scheduling order, Patrick Walsh's potential witness list is as follows:

- Patrick Walsh's family members, including, but not limited to: Richard Walsh and Sally Ann Walsh.

- Any individual called at Patrick Walsh's criminal trial.

- Any individual identified in discovery to date.

Please contact me with any questions.

Sincerely,

Kevin H. Moriarty

Distributed to:

Steven Schulman
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Isabelle M. Thabault
Donald L. Kahl
Robert M. Bruskin
Washington Lawyers' Committee
 For Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, DC  20036

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006

Baltimore    Beijing    Berlin    Boston    Brussels    London    New York    Oxford    Palo Alto    Waltham    Washington

US1DOCS 6842267v1

WILMERHALE

October 6, 2008
Page 2

Daniel R. Chemers
Saul Ewing LLP
Lockwood Place
500 E. Pratt Street
Baltimore, MD  21202

Harold G. Belkowitz
Kelly M. Preteroti
Ober Kaler Grimes and Shriver
1401 H St N.W. Ste. 500
Washington, D.C.  20005

Philip T. Evans
Holland & Knight LLP
2099 Pennsylvania Ave N.W., Ste. 100
Washington, D.C.  20006

Joshua R. Treem
Schulman, Treem, Kaminkow, Gilden & Ravenell, P.A.
401 East Pratt Street
World Trade Center, Suite 1800
Baltimore, MD  21202

Kevin L. Keller
John S. Wilson
Joseph P. Moriarty
Wilcox & Savage
One Commercial Place, Suite 1800
Norfolk, VA  23510

Gerry Tostanowski
Scott A. Thomas
Tydings and Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, MD  21202

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

JOSEPH ANTONIO, et al.,     )
            )
   Plaintiffs,     )
            )
   v.        )   Civil Action No.
            )   8:05-cv-02982-AW
            )
SECURITY SERVICES OF AMERICA, LLC )
et al.,         )
            )
   Defendants.    )
            )

## DEFENDANT AARON SPEED'S WITNESS LIST

Pursuant to the agreement of counsel, defendant Aaron L. Speed, Sr. identifies the following persons that he anticipates calling as witnesses at the trial of this matter:

1.  Aaron L. Speed, Sr.

2.  Michael Everhart

3.  Roy McCann

4.  Jeremy Parady

5.  Patrick Walsh

6.  William "Billy" Fitzpatrick
   15900 Livingston Rd.
   Accokeek, MD 20607
   (301) 283-2220

7.  Tamara Speed
   859 Copley Ave.
   Waldorf, MD 20602
   (301) 638-7781

8.  Terri Douglas
   859 Copley Ave.
   Waldorf, MD 20602
   (301) 638-7781

9.  Brandi Grafton
    SSA Security, Inc.
    8861 Colesville Rd.
    Silver Spring, MD 20910
    (301) 588-8901

10. Each of the named plaintiffs.

11. Undetermined company representatives of Security Services of America, LLC,
    ABM Industries, Inc., SSA Securities, Inc., and/or any entities related to the
    foregoing.

12. Several depositions remain pending, including that of Aaron Speed.  Mr. Speed
    reserves the right to call as witnesses persons identified in those depositions or
    persons who become known as a result of those depositions.

13. Several discovery requests remain outstanding.  Mr. Speed reserves the right to
    call as witnesses persons identified in those discovery responses or persons who
    become known as a result of that discovery.

14. Expert witnesses to be designated consistent with this case's Scheduling Order.

15. Aaron Speed reserves the right to supplement his Witness List, to substitute for
    the witnesses identified herein, to offer the testimony of any witness necessary to
    authenticate any document or record offered into evidence, and to offer witnesses
    for impeachment and/or rebuttal.

16. Aaron Speed reserves the right to offer the testimony of all witnesses identified in
    the witness lists filed by any of the plaintiffs or any of the co-defendants.

Respectfully submitted,

Harold G. Belkowitz
hgbelkowitz@ober.com
*Maryland Federal Bar No. 013031*
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H St., NW, Suite 500
Washington, DC 20005
(202) 408-8400 (telephone)
(202) 326-5260 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of October, 2008, a copy of the foregoing

Defendant Aaron Speed's Witness List was sent by First Class Mail, postage prepaid to the

following:

Steven H. Schulman, Esq.
Torsten M. Kracht, Esq.
C. William Frick, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
*Counsel for Plaintiffs*

Isabelle M. Thabault, Esq.
Robert Bruskin, Esq.
Donald L. Kahl, Esq.
Washington Lawyers' Committee
 For Civil Rights and Urban Affairs
11 Dupont Circle, N. W., Suite 400
Washington, D.C. 20036
*Counsel for Plaintiffs*

John S. Wilson, Esq.
Kevin L. Keller, Esq.
Joseph P. Moriarty, Esq.
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, VA 23510
*Counsel for Corporate Defendants*

Scott A. Thomas, Esq.
Tydings & Rosenberg LLP
26th Floor
100 East Pratt Street
Baltimore, MD 21202
*Counsel for Corporate Defendants*

Joshua R. Treem, Esq.
Schulman, Treem, Kaminkow,
 Gilden & Ravenell, P.A.
World Trade Center, Suite 1800
401 East Pratt Street
Baltimore, MD 21202
*Counsel for Defendant Roy McCann*

Daniel R. Chemers, Esq.
G. David Dean, Esq.
Saul Ewing LLP
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, MD 21202
*Counsel for Defendant Jeremy Parady*

Philip T. Evans, Esq.
John S. Irving, Esq.
Holland & Knight LLP
Suite 100
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20036
*Counsel for Defendant Michael Everhart*

Brent J. Gurney, Esq.; Renee J. Barnett, Esq.
Robert D. Cultice, Esq.; Kevin H. Moriarty,
Esq.; Thaya F. Brook, Esq. and
Kevin C. Heffel, Esq.
Wilmer Cutler Pickering
Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
*Counsel for Defendant Patrick Walsh*

Kelly M. Preteroti

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (SOUTHERN DIVISION)

| | |
|---|---|
| JOSEPH ANTONIO, *et al.*,         ) | |
|        ) | |
|     Plaintiffs,    ) | |
|        ) | |
|     v.          ) | Case No. AW-05-2982 |
|        ) | |
| SECURITY SERVICES OF AMERICA, LLC, *et al.*,   ) | |
|        ) | |
|     Defendants.    ) | |
|        ) | |

## PRELIMINARY TRIAL WITNESS LIST OF DEFENDANTS
## SSA SECURITY, INC., ABM INDUSTRIES INCORPORATED,
## AND SECURITY SERVICES OF AMERICA, LLC

Defendants, Security Services of America, LLC, ABM Industries Incorporated, and SSA Security, Inc., d/b/a Security Services of America (collectively, "Corporate Defendants"), by counsel, identify herein their list of anticipated trial witnesses pursuant to the Fifth Scheduling Order agreed to by all parties and the Honorable Judge Day during a conference call on October 1, 2008. This list is preliminary in that discovery is ongoing and some of the parties have yet to be deposed. Accordingly, it is not possible to designate all potential witnesses at this point. If additional witnesses are discovered, Corporate Defendants will supplement this list and make any trial witnesses available for a deposition as contemplated by the schedule.

By disclosing the names of the foregoing individuals, the Corporate Defendants do not waive any rights to object to these or any other witnesses' testimony at trial for appropriate evidentiary reasons. Corporate Defendants also do not adopt or concede the accuracy or correctness of all testimony by such individuals by listing them herein.

The following witnesses have already been deposed in this case and may be called at trial, live or by deposition, as permitted by the rules.

Robert G. Cappello
SSA Security, Inc., 408 Investors Place, Suite 106, Virginia Beach, Virginia 23452
Tele: (757) 473-1283

Cheryl J. Conrad
SSA Security, Inc., 408 Investors Place, Suite 106, Virginia Beach, Virginia 23452
Tele: (757) 473-1283

Forest Dale Crouch
4653 Deep Spring Place, Waldorf, Maryland, 20601
Tele: (301) 843-7489

Michele T. Ellerbee
SSA Security, Inc., 20201 Century Boulevard, Suite 120, Germantown, Maryland 20874
Tele:  (301) 672-3610

Steven L. Frost
5537 Peakton Drive, Raleigh, North Carolina, 27614
Tele: (919) 696-1052

Brandi Grafton
SSA Security, Inc., 20201 Century Boulevard, Suite 120, Germantown, Maryland 20874
Tele: (301) 306-3890

Anne Lee
SSA Security, Inc., 581 Executive Place, Suite 500, Fayetteville, NC 28305
Tele: (910) 223-0091

Neil L. Mayzik, Sr.
SSA Security, Inc., 5285 Highway 70, Morehead City, North Carolina 28557
Tele: (252) 808-3185

Bradley Messick
7030 Gorham Lane, La Plata, Maryland 20646

John W. Moore, II
ABM Security, Inc., 8101 W. Sam Houston Parkway South, Suite 150, Houston, Texas 77072
Tele: (713) 926-4453

#957452v.1

Donald R. Orcutt, III
SSA Security, Inc., 20201 Century Boulevard, Suite 120, Germantown, Maryland 20874
Tele:  (301) 916-1389

James C. Stevens
379 Bay Run, Newport, North Carolina, 28570-8928
Tele: (252) 241-2055

Michael D. Weatherl
ABM Security, Inc., 6121 S. 58th Street, Building C, Lincoln, Nebraska 68516
Tele: (402) 416-1838

There are at least two corporate witnesses who have yet to be deposed and may be called as

witnesses.

Noel Espiritu
ABM Security, Inc., Information Technology Services, 420 Taylor Street, Suite 300, San
Francisco, California, 94102
Tele: (415) 351-4329

Martin Sances, Esq.
Address to be provided

A number of persons investigated the arsons in this case and may have testimony useful

in the civil case.  Those witnesses may include the following lead investigators.

Detective Charles Baker
Charles County Sheriff's Office, 6855 Crain Highway, La Plata, Maryland 20646
Tele: (301) 932-2222

FBI Special Agent John Bradley
FBI Baltimore, 2600 Lord Baltimore, Baltimore, Maryland 21244
Tele: (410) 265-8080

Special Agent Matt Varisco
Bureau of Alcohol, Tobacco, Firearms, and Explosives
Baltimore Field Division, 31 Hopkins Plaza, 5th Floor, Baltimore, Maryland 21201
Tele: (443) 965-2000

Plaintiffs recently listed a number of investigators and the Corporate Defendants are in the midst

of noticing all these witnesses for deposition.  It is possible that some or all of these witnesses

may be called at trial.

Patriot Homes was the builder/owner of all the homes at issue herein except for one. The current and former employees of Patriot Homes who may be called to testify include the following.

Larry Campbell
Lennar Homes, 10211 Wincopin Circle, Columbia, Maryland 21044

Timothy J. Schwartz
4755 Willows Road, Chesapeake Beach, Maryland 20732-4221

John Gaw
5741 Whistling Winds Walk, Clarksville, Maryland, 21029-1662

Corporate Defendants also reserve the right to rely upon, live or by deposition, the testimony of any party to this action.

In addition to the foregoing witnesses, the Corporate Defendants reserve the right to supplement this Preliminary Trial Witness List with the addition of other individuals, subject to the terms of the Court's scheduling order. The Corporate Defendants also reserve the right to call any witness listed by the other Defendants or the Plaintiffs. All expert witnesses will be listed later pursuant to the schedule.

Respectfully submitted,

SECURITY SERVICES OF AMERICA, LLC, ABM INDUSTRIES, INCORPORATED, AND SSA SECURITY, INC., D/B/A SECURITY SERVICES OF AMERICA

By
Of Counsel

Kevin L. Keller, Esquire (*admitted pro hac vice*)
John S. Wilson, Esquire (*admitted pro hac vice*)
Joseph P. Moriarty, Esquire (*admitted pro hac vice*)
Tara L. Chadbourn, Esquire (*admitted pro hac vice*)

4

WILLCOX & SAVAGE, P.C.
Bank of America Center
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566

and

Gerry H. Tostanoski, Esq. (Federal Bar No. 07382)
Scott A. Thomas, Esquire (Federal Bar No. 11692)
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202
Tele: (410) 752-9761
Fax: (410) 727-5460

**Counsel for Defendants**
Security Services of America LLC,
ABM Industries, Inc., and SSA Security, Inc.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October <u>*/p*</u>, 2008, I caused a true and correct copy of the foregoing Defendants Security Services of America, LLC, ABM Industries, Inc., and SSA Security, Inc.'s Preliminary Trial Witness List to be served by email, upon the following:

Steve Schulman, Esquire (sschulman@akingump.com)
C. William Frick, Esquire (bfrick@akingump.com)
Allison Walsh Sheedy, Esquire (asheedy@akingump.com)
Matthew W. Dukes, Esquire (mdukes@akingump.com)
Donald P. Amlin, Esquire (damlin@akingump.com)
Lauren R. Bates, Esquire (lbates@akingump.com)
Joseph Decker, Esquire (jdecker@akingump.com)
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
and
Isabelle M. Thabault, Esq. (isabelle_thabault@washlaw.org)
Donald L. Kahl, Esq. (don_kahl@washlaw.org)
Robert M. Bruskin, Esq. (bob_bruskin@washlaw.org)
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036

5

#957452v.1

**Attorneys for Plaintiffs**

Philip T. Evans, Esq. (philip.evans@hklaw.com)
John S. Irving IV, Esq. (john.irving@hklaw.com)
Kimi O'Donnell, Esq. (kimi.odonnell@hklaw.com)
Holland & Knight LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC  20006
**Attorney for Defendant Michael Everhart**

Daniel R. Chemers, Esq. (dchemers@saul.com)
Gregory E. Rapisarda, Esq. (grapisarda@saul.com)
Saul Ewing LLP
Lockwood Place
500 East Pratt, Suite 900
Baltimore, MD 21202
**Attorneys for Defendant Jeremy D. Parady**

Harold Belkowitz, Esq. (hgbelkowitz@ober.com)
Kelly M. Preteroti, Esq. (kmpreteroti@ober.com)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore, MD 21202
**Attorneys for Defendant Aaron Speed**

Brent J. Gurney, Esq.
Renee Joanne Barnett, Esq.
Kevin H. Moriarty, Esq.
Thaya F. Brook, Esq.
Kevin C. Heffel, Esq.
(WHWalshTeam@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
**Attorneys for Defendant Patrick Walsh**

Joshua R. Treem, Esq. (jtreem@stkgrlaw.com)
Michael Lind, Esq. (mlind@stkgrlaw.com)
Schulman, Treem, Kaminkow, Gilden & Ravenell, PA
The World Trade Center
401 East Pratt Street, Suite 1800
Baltimore, MD 21202
**Attorney for Defendant Roy McCann**

#957452v.1

7