UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF** | **6500 CHERRYWOOD LANE** |
| **ALEXANDER WILLIAMS, JR.** | **GREENBELT, MD 20770** |
| **UNITED STATES DISTRICT JUDGE** | **(301) 344-0637** |
| | **FAX (301) 344-0672** |

February 23, 2012

**REVISED** MEMO TO COUNSEL RE:     JOSEPH ANTONIO
v.
SECURITY SERVICES OF AMERICA
(AW-05-2982)

Dear Counsel:

Pursuant to the telephonic conference call with the Court yesterday, the parties will now proceed with the following schedule. The 6-8 day jury trial will take place on July 16, 2012 at 9:45 a.m. in the United States District Court for the District of Maryland, Southern Division, courtroom, 4A. The pre-trial conference will take place on July 3, 2012 at 10:00 a.m. in courtroom, 4A. Counsel is instructed to bring joint *voire dire*, joint jury instructions, verdict sheet, and any motions in limine to the conference. The Southern Division is located at 6500 Cherrywood Lane, Greenbelt, Maryland.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely,

_____/s/_____
Alexander Williams, Jr.
United States District Judge