IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH ANTONIO, *et al.*,<br>　　Plaintiff,<br><br>　　　　v.<br><br>SECURITY SERVICES OF AMERICA, LLC, *et al.*,<br>　　Defendants. | Civil Action No. 05-cv-2982-AW |

**ORDER**

Upon consideration of Plaintiffs' Motion to Dismiss Defendant Jeremy D. Parady with prejudice, it is, this 1st day of March, 2012, ordered that:

1) Plaintiffs' Motion to Dismiss Defendant Parady, Doc. No. 545, is GRANTED;

2) Defendant Jeremy D. Parady is hereby dismissed from the above-captioned case, *with prejudice*; and

3) The Clerk transmit a copy of this order to counsel.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Alexander Williams, Jr.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE