**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

_____
                                                              )
JOSEPH ANTONIO, *et al.*,                     )
                                                              )
                              Plaintiffs,            )
                                                              )
                    v.                                    )          Case No. AW-05-2982
                                                              )
SECURITY SERVICES OF AMERICA, LLC, *et al.*,   )
                                                              )
                              Defendants.          )
_____)

**PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS**
**INDIVIDUAL DEFENDANT JEREMY D. PARADY WITH PREJUDICE**

      SSA latest "response" (Dkt. No. 547) to the dismissal of one of the individual Defendants is not only poorly aimed, it is also poorly timed.  Unlike the dismissals of Mr. Walsh, Mr. Everhart and Mr. McCann by Consent Decree, to which Defendant also filed objections, the dismissal of Mr. Parady does not obligate Mr. Parady to meet with Plaintiffs prior to testifying. The Court denied all of SSA's prior objections as moot, but granted provisional relief subject to an explicit caveat that "to the extent that Walsh, McCann and Everhart provide Plaintiffs' counsel with *new testimony* relevant to Rookard and Potts' claims against SSA that the Court deems admissible" that SSA could re-depose those Defendants.  (*See* December 29, 2011 Order, Dkt. No. 523 at 4, emphasis added).

      Mr. Parady has of course already been deposed and both parties had ample opportunity to question him.  Given the plain terms of Mr. Parady's dismissal and this Court's Order, SSA has no good-faith basis to request an additional deposition of Mr. Parady.  This Court should not countenance SSA's request for additional discovery of witnesses long known and available to all

parties.  *See* Federal Rule of Civil Procedure 30(a)(2)(A)(ii) (suggesting second depositions should not be granted, if, as here, the deposition would be duplicative or unnecessarily cumulative); *see also EEOC v. Bardon, Inc.*, No. RWT 08cv1883, 2010 WL 1780126 (D. Md. May 3, 2010) (denying motion to reopen previous deposition where movant had ample opportunity to explore critical issues at first deposition); *Yoon v. Sebellius*, C.A. No. CBD-08-3173, 2010 WL 2730620 at *1 (July 9, 2010, D.Md.) (denying second deposition where moving party later characterized responses at first deposition as "evasive").

SSA's objections to Mr. Parady's trial testimony are poorly timed.  Motions *in limine* are not due until May 10, 2012.  If SSA wants to try to exclude Mr. Parady's testimony *in limine*, that is the appropriate time and avenue to make a fully briefed argument.  Further, SSA's objections are meritless.  Mr. Parady, the lookout that night, is among other things, a witness to SSA's negligent failure to prevent the arson and that but for SSA's failure to maintain security that night, the arsonists would not have been able to enter the neighborhood undetected.  If and when Defendants file a fully briefed motion *in limine* to exclude Mr. Parady's testimony, or any other evidence, Plaintiffs will respond in full.

## CONCLUSION

For all of the foregoing reasons, Plaintiffs respectfully request that the Court deny SSA's request for a second deposition of Mr. Parady.

Respectfully Submitted

By: ___/s/_____ Steven H. Schulman _____
Steven H. Schulman (Bar No. 17144)
sschulman@akingump.com
Jeffrey M. King (Bar No. 18287)
jking@akingump.com
Larry E. Tanenbaum (Bar No. 17988)
ltanenbaum@akingump.com
Joseph L. Decker (admitted *pro hac vice*)
jdecker@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 887-4000
Fax: (202) 887-4288

Isabelle M. Thabault (Bar No. 16600)
isabelle_thabault@washlaw.org
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 319-1000
Fax: (202) 319-1010

Attorneys for Plaintiffs

Dated: March 9, 2012