IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH ANTONIO, *et al.*,<br>    Plaintiffs,<br><br>        v.<br><br>SECURITY SERVICES OF AMERICA, LLC, *et al.*,<br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*   Civil Action No. 05-cv-2982-AW<br>*<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

The Court will briefly address Defendant SSA Security, Inc., d/b/a Security Services of America ("SSA")'s provisional objection to Plaintiffs calling Mr. Parady to testify at trial. *See* Doc. No. 547. Such an objection is best brought at trial or in a Motion in Limine, rather than as a response to Plaintiff's Motion to Dismiss Mr. Parady. As the Court noted in its prior Order in regard to the other former Individual Defendants, *See* Doc. No. 523, the Court has not been presented enough evidence at this point to determine the admissibility of such testimony. The Court notes, however, that Plaintiff has made a colorable argument that Mr. Parady's testimony is relevant as to SSA's failure to maintain security the night of the arson.

Moreover, Defendant has provided no grounds in support of its request that Defendant be entitled to depose or re-depose Mr. Parady at this point. Plaintiffs have not entered into a Consent Decree with Mr. Parady in connection with his dismissal and there is no suggestion that they plan to elicit new testimony from him. Accordingly, it is, this 12th day of March, 2012, ordered that:

1) Defendant SSA's Provisional Objection to Mr. Parady's testifying at trial, Doc. No. 547, is DENIED without prejudice to Defendant's right to object to such testimony at trial or in a motion *in limine*; and

2) The Clerk transmit a copy of this order to counsel.

                                                    /s/
                                         Alexander Williams, Jr.
                                         UNITED STATES DISTRICT JUDGE