UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

## MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Charles B. Day
        United States Magistrate Judge

RE:     <u>Joseph Antonio, et al.  v. Security Services of America, LLC, et al.</u>
        Civil Action No.  AW-05-2982

DATE:   October 1, 2010

* * * * * * * * *

Please be advised that a telephone conference hearing has been scheduled for **Friday, March 16, 2012 at 2:00 p.m.** in the above-captioned matter regarding:

**ECF No. 536:** Defendant SSA Security Inc.'s Motion to Re-Open the Depositions of Plaintiffs Rookard and Potts

**ECF No. 531:** Plaintiffs' Motion for Leave to Take Deposition of William Fitzpatrick to Preserve Testimony and for Use at Trial

The parties will be allotted approximately 1 hour for total argument.

Counsel are asked to dial into the telephone conference using the following phone number, access code, and participant security code:

    Phone number:              (888) 684-8852
    Access code:               5923783
    Participant Security code: 1540

Despite the informal nature of this memorandum, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.