IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| JOSEPH ANTONIO, *et al.*, ) | |
| ) | |
| Plaintifs, ) | |
| ) | |
| v. ) | Case No. AW-05-2982 |
| ) | |
| SECURITY SERVICES OF AMERICA, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF CONFERENCE OF COUNSEL**

In compliance with Local Rule 104.7 and this Court's March 13, 2012 Order (Dkt. No. 552), this is to certify that counsel for Plaintiffs, Isabelle M. Thabault, met with counsel for Defendant SSA, Joseph Moriarty and Gerry Tostanoski via teleconference on November 7, 2011, and attempted to resolve the production of the documents at issue. Counsel for Defendants raised several objections to producing the reports, and said that they would confer with Dr. Killeen regarding the production of the additional material and would contact Plaintiffs' counsel regarding their position. Subsequently, on January 10, 2012, counsel conducted another teleconference to discuss a number of issues including the Killeen reports. On the call were Steven Schulman, Joseph Decker, Larry Tanenbaum representing the Plaintiffs and Ms. Tostanoski and Mr. Moriarty representing Defendant. Defense counsel informed plaintiffs' counsel that the Killeen documents would not be produced without an additional order from the court.

1

Certified By:

By: __/s/____Isabelle M. Thabault _____
Isabelle M. Thabault (Bar No. 16600)
isabelle_thabault@washlaw.org
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 319-1000
Fax: (202) 319-1010
Attorney for Plaintiffs

Dated: March 14, 2012