UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

## MEMORANDUM

TO:     Counsel of Record

FROM:   Barbara Barry
        Assistant to Judge Charles B. Day

RE:     Joseph Antonio, et al. v. Security Services of America, LLC, et al.
        Civil Action No. AW-05-2982

DATE:   March 16, 2012

\* \* \* \* \* \* \* \* \*

Please be advised that Judge Day will include the following Motion in the telephone conference hearing which has been scheduled for today at 2:00 p.m.:

**ECF No. 527:** Plaintiffs' Motion to Compel Compliance with Discovery Order

Please dial into this telephone conference as previously directed.