ATTORNEYS AT LAW

**TYDINGS & ROSENBERG** LLP

100 EAST PRATT STREET
BALTIMORE MARYLAND  21202
410/752-9700
FAX 410/727-5460

WASHINGTON DC OFFICE
202/296-1642
FAX 202/828-4130

**Gerry H. Tostanoski**
**410-752-9733**
**gtostanoski@tydingslaw.com**

May 4, 2012

*Via Electronic Filing*

The Hon. Alexander Williams, Jr.
U.S. District Court
for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD  20770

      Re:    **Antonio et al. v. Security Services of America, LLC et al.**
              **Case No. 8:05-cv-2982**
              **Stipulated Scheduling Order**

Dear Judge Williams:

      On February 27, 2012, a Stipulated Pre-Trial Scheduling Order was filed with the Court. See Dkt. 543.  The schedule sets forth due dates for various pre-trial activities and completes all filings two weeks before the pre-trial conference as requested by your Honor.  The Order has not yet been signed by the Court.  The parties have agreed to move the motions filing date slightly, from May 10 to May 15, 2012.  On or about May 16, the parties will confer to determine if any of the opposition and/or response dates need to move.  We will not alter the final reply date of June 19, 2012.  The parties will file a revised stipulated scheduling order on or before May 21, 2012.

      Thank you for your assistance is this regard.

                            Sincerely,

                            */s/ Gerry H. Tostanoski*
                            Gerry H. Tostanoski

#1761869v.1