**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)**

| | |
|---|---|
| JOSEPH ANTONIO, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.                                                ) | Case No. AW-05-2982 |
| ) | |
| SECURITY SERVICES OF AMERICA, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CONSENT MOTION AS TO EXTEND
FILING DEADLINES FOR MOTIONS**

Plaintiffs Derrick Potts and Terri Rookard and Defendant SSA Security, Inc. ("SSA") jointly file this consent motion and say as follows.

1. On February 27, 2012, a Stipulated Pre-Trial Scheduling Order (Dkt. 543) was filed with the Court pursuant to matters discussed at a status conference.

2. The Stipulated Pre-Trial Scheduling Order was never signed by the Court.

3. On May 4, 2012, Gerry Tostanoski filed a letter with the Court memorializing the agreement of the parties to extend the previously-agreed upon motions deadline by five days. Dkt. 560.

4. Since the date of the May 4 letter, the parties have engaged in settlement discussions and both sides are hopeful that the case will resolve.

5. The parties have agreed to extend the date for filing motions in limine from May 10, 2012, to permit settlement discussions and necessary paperwork to be completed.

6.  If for any reason the discussions do not result in a settlement, the parties will submit a new scheduling order and will not change the final reply date of June 19, 2012, requested by the Court.

Dated: May 15, 2012

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Isabelle Thabault (Bar No. 16600) | Gerry Tostanoski (Bar No. 07382) |
| isabelle_thabault@washlaw.org | gtostanoski@tydingslaw.com |
| Washington Lawyers' Committee | Tydings & Rosenberg LLP |
|   For Civil Rights and Urban Affairs | 100 East Pratt Street, 26th |
| 11 Dupont Circle, N.W., Suite 400 | Floor Baltimore, MD 21202 |
| Washington, D.C. 20036 | Tel: (410) 752-9671 |
| Tel: (202) 319-1000 | Fax: (757) 727-5460 |
| Fax: (202) 319-1010 | |
| **Attorneys for Plaintiffs** | **Attorneys for Defendant SSA Security, Inc., d/b/a Security Services of America** |

#1768973v.1