IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSEPH ANOTNIO, *et al.*, <br><br>                    Plaintiff, <br><br> v. <br><br> SECURITY SERVICES OF AMERICA, LLC, *et al.*, <br><br>                    Defendants. | Case No. 8:05-CV-2982 (AW) |

### ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for All Plaintiffs: Joseph Antonio, Cynthia Jewett, Beverly Rowe, Crystal Johnson, Sharon Smith, Belinda Jackson, Bulan Jules-Antonio, Harold Jewett, Samantha Walker, Keith Robinson, Jacque Hightower, Everton Rowe, Evora Swoopes, Michael Clark, Dawn Hightower, Natalie Gibbs, Michael Johnson, Takeysha Robinson, George Haley, Kendall Walker, Thomas Cooper, Yvonne Haley, Keth Kankanamage, Erik Smith, Leonard Swoopes, Greg Gibbs, Carolyn Clark, Jagath Kankanamage, Khari Jackson, and Angel Fountain-Cooper.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 08/16/2012 | *[signature]* |
| Date | Signature of Counsel |
| | Megan K. Whyte                    18255 |
| | Print Name                Bar Number |
| | |
| | Washington Lawyers' Committee for Civil Rights and Urban Affairs |
| | Firm Name |

11 Dupont Circle, Suite 400
―――――――――――――――――――――
*Address*

Washington, DC 20036
―――――――――――――――――――――
*City/State/Zip*

202-319-1000
―――――――――――――――――――――
*Phone No.*

202-319-1010
―――――――――――――――――――――
*Fax No.*

megan_whyte@washlaw.org
―――――――――――――――――――――
*Email Address*

2