**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| Joseph Antonio, *et al.*<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Security Services of America, LLC, *et al.*<br><br>　　　　　　Defendants. | Civil Action No. AW-05-2982 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Lisa J. Cole hereby withdraws her appearance as counsel for defendant Patrick Stephen Walsh. Brent J. Gurney and the law firm of Wilmer Cutler Pickering Hale and Dorr will continue as Counsel of Record for defendant Patrick Stephen Walsh.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/<br>Brent J. Gurney, Esq. (Dist. Ct. Md. #7571)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue NW<br>Washington, D.C. 20006<br>Phone: (202) 663-6000<br>Fax: (202) 663-6363<br>Brent.Gurney@wilmerhale.com | /s/<br>Lisa J. Cole, Esq. (Dist. Ct. Md. #17341)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue NW<br>Washington, D.C. 20006<br>Phone: (202) 663-6000<br>Fax: (202) 663-6363<br>Lisa.Cole@wilmerhale.com |

Dated: October 11, 2012

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 11, 2012, the foregoing Notice of Withdrawal of Appearance was electronically filed and served on all parties.

                                          /s/
                                    Lisa J. Cole, Esq. (Dist. Ct. Md. #17341)
                                    Wilmer Cutler Pickering Hale and Dorr LLP
                                    1875 Pennsylvania Avenue NW
                                    Washington, D.C. 20006
                                    Phone: (202) 663-6000
                                    Fax: (202) 663-6363
                                    Lisa.Cole@wilmerhale.com