# EXHIBIT 1

Page 1

```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
                 (SOUTHERN DIVISION)

- - - - - - - - - - - - - - - - - -x
JOSEPH ANTONIO, et al              :
                                   :
         Plaintiff,                :
vs.                                : Case No. AW-05-2982
                                   :
SECURITY SERVICES OF AMERICA,      :
LLC, et al                         :
                                   :
         Defendants.               :
- - - - - - - - - - - - - - - - - -x
```

              Washington, D.C.

              Friday, January 25, 2008

Deposition of BEVERLY ROWE, called for examination by counsel for Defendant, in the above-entitled matter, pursuant to notice, the witness being duly sworn by OKEEMAH S. HENDERSON, LSR, a Notary Public in and for the District of Columbia, taken at the offices of Akin, Gump, Strauss, Hauer & Feld, LLP, 1333 New Hampshire Avenue, N.W., Washington, D.C., at 9:30 a.m., Friday, January 25, 2008, and proceedings being taken down by Stenotype by OKEEMAH S. HENDERSON, LSR, and transcribed under her direction.

Page 214

1   at that hearing at Greenbelt that you attended on
2   the first day in terms of what the evidence might
3   be or what someone may have said?
4       A.  No.
5       Q.  The second hearing that you attended
6   you described as a sentencing hearing.  Do you
7   recall that?
8       A.  Yes.
9       Q.  Who all was with you -- first of all,
10  whose hearing was that?  Was that defendant
11  Walsh's hearing or whose was that?
12      A.  The only person I remember was Speed
13  and there were possibly two other defendants.  I'm
14  not sure who they were.
15      Q.  Was that the first opportunity you had
16  to observe Mr. Speed in person?
17      A.  I believe he was at the first hearing
18  but I'm not sure.
19      Q.  Other than the --
20      A.  No.  I'm sorry.  That was the first
21  time.  Correct.
22      Q.  The sentencing was the first time?

Page 215

1       A.  Yes.
2       Q.  Do you recall anything discussed at
3   the sentencing hearing?
4       A.  Yes.
5       Q.  What do you recall being discussed?
6       A.  When the judge was sentencing the
7   three defendants and Mr. Speed he stood up and he
8   standing out in my mind where the judge talk about
9   the evil act that was done and he talk about what
10  they did, it has set back race relations in
11  Maryland in Charles County and they has put a
12  major damper on race relation.
13      Q.  Do you recall if any of the defendants
14  spoke at that hearing?
15      A.  No, I don't recall.
16      Q.  At that hearing, was any factual
17  testimony discussed that you overheard?
18      A.  I don't recall.
19      Q.  So other than hearing media reports,
20  what additional information would you have as to
21  the factual basis for the alleged motives, etc.
22  connected to the arsons?  I just got lost about

Page 216

1   halfway through the question, so let me start
2   over.
3       Other than media reports, do you have any
4   other factual basis as to any of the issues
5   connected to the arson?
6       MR. BRUSKIN:  Other than what she heard
7   at the hearing?
8       MR. WILSON:  Well, I don't think she
9   heard anything at the hearing.
10      MR. BRUSKIN:  Well, whatever the judge
11  said.
12      BY MR. WILSON:
13      Q.  Other than what the judge said.  Other
14  than what the judge said and media reports, you
15  have no other factual basis related to the arsons?
16      A.  That's right.
17      MR. WILSON:  Let me pass, and that way
18  I'll double check and make sure there's nothing
19  else that I've missed but there's no use in
20  skimming through my notes while --
21      MR. BRUSKIN:  Do you want to take a
22  minute?

Page 217

1       MR. WILSON:  I mean, I'll let the next
2   guy go.
3       MR. BRUSKIN:  Well, I'd rather we get
4   everybody done than rather come back and forth.  I
5   don't mind taking 5 minutes, if you want to see
6   what you got.
7       MS. PRETEROTI:  It's kind of a waste of
8   time.  I mean, he can ask his question, then if he
9   has any follow up --
10      MR. BRUSKIN:  I mean, I'm not sure
11  what's happened before but you guys each get to go
12  once and if I don't ask questions, you don't get
13  to go a second time, and right now, I have no
14  questions, so you really need to ask your
15  questions.
16      MR. WILSON:  Actually, that's untrue.
17  Because I can go if one of these co-defendants ask
18  something --
19      MR. BRUSKIN:  I don't think you can.  I
20  don't think you get to do redirect on direct.  I
21  think you can do more direct on my cross, if I
22  cross but if I don't cross.