# EXHIBIT 2

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Southern Division

- - - - - - - - - - - - - - - - X
JOSEPH ANTONIO, et al.,           :
    Plaintiffs,                   :
         v.                     : Case No.
SECURITY SERVICES OF              : 8:05-cv-02982-AW
AMERICA,                          :
    Defendants.                   :
- - - - - - - - - - - - - - - - X

                Washington, D.C.

                Tuesday, February 12, 2008

     Deposition of CAROLYN CLARK, a witness herein, called for examination by counsel for Defendants in the above-entitled matter, pursuant to notice, the witness being duly sworn by MARY GRACE CASTLEBERRY, a Notary Public in and for the District of Columbia, taken at the offices of Akin Gump Strauss Hauer & Feld, 1333 New Hampshire Avenue, N.W., Washington, D.C., at 9:30 a.m., Tuesday, February 12, 2008, and the proceedings being taken down by Stenotype by MARY GRACE CASTLEBERRY, RPR, and transcribed under her direction.

Page 58

1  until we were told that we could go out there because
2  I think they said they had closed it off or something
3  and nobody could go out there.  So we didn't even
4  bother to go until we found out we could actually go
5  out to the site.
6      Q.  So when you went out there the first time,
7  you actually went and --
8      A.  Went actually to the lot.
9      Q.  What was remaining of your lot?
10     A.  The stone basement, the part that's in the
11 ground.
12     Q.  Is there anything else that you noticed in
13 your house?
14     A.  That was all that was left of it.
15     Q.  Did there come a time that you learned
16 there might have been racial motives behind the fire?
17     A.  Repeat the question.
18     Q.  Did there come a time that you learned
19 there may have been racial motives behind setting the
20 fire?
21     A.  Yes.
22     Q.  Tell me how you learned that.

Page 59

1      A.  Through the news media.
2      Q.  Do you know what you heard on the news
3  media?  Were there any specific details that would
4  lead you to believe, other than the general
5  reference, that there may have been a racial motive?
6      A.  Through the media, I do remember them
7  saying that the young men that started the fire, some
8  of them had said -- had made racial comments
9  concerning the homeowners in that development.
10     Q.  Do you know which individuals made the
11 comments?
12     A.  Aaron Speed for sure.
13     Q.  Did you know this from the news at that
14 time?
15     A.  I can't recall.
16     Q.  Were there other specific examples or
17 instances that you learned about possible racial
18 motives behind the fires?
19     A.  No.
20     Q.  When you went out to the site this first
21 time, did you see anyone else in the neighborhood?
22     A.  I don't recall.

Page 60

1      Q.  Were there law enforcement type people in
2  the neighborhood?
3      A.  When we initially went out to the house
4  after the fire?  I don't recall.
5      Q.  Do you know if it was a weekday or a
6  weekend?
7      A.  I don't recall.
8      Q.  Do you know if you saw any other neighbors
9  there?
10     A.  I don't recall.
11     Q.  Do you remember talking to anyone other
12 than your husband?
13     A.  That day?
14     Q.  Yes, that day.
15     A.  I don't recall.
16     Q.  Now, did you ever talk to anyone in the
17 news media?
18     A.  No.
19     Q.  Did you ever give any victim statements to
20 the police or any prosecutors in the criminal cases?
21     A.  Yes.
22     Q.  When did you give the -- was it a victim

Page 61

1  impact statement that you did?
2      A.  Yes.
3      Q.  Who requested that you do that?
4      A.  I can't remember.
5      Q.  Was it someone in law enforcement?
6      A.  I would say it had to be someone.
7      Q.  Did your husband also do one?
8      A.  Yes.
9      Q.  Do you still have a copy of your victim
10 impact statement?
11     A.  No.
12     Q.  Do you remember what you wrote in there?
13     A.  No.
14     Q.  Do you remember how far after the fires
15 that you sat down and wrote this victim impact
16 statement?
17     A.  I don't recall.
18     Q.  Was it within three months of the fire?
19     A.  I really don't recall how soon.
20     Q.  What type of information did you put in
21 there?
22     A.  I don't recall what the questions were or