# EXHIBIT 4

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

(SOUTHERN DIVISION)

--------------------------------X

JOSEPH ANTONIO, et al.,         :
          Plaintiffs,           :
     v.                         :  No. AW-05-2982

SECURITY SERVICES OF            :

AMERICA, LLC, et al.,           :
          Defendants.           :
--------------------------------X

Washington, D.C.

Monday, May 12, 2007

Deposition of JACQUE HIGHTOWER, a witness herein, called for examination by counsel for Corporate Defendants in the above-entitled matter, pursuant to notice, the witness being duly sworn by DENNIS A. DINKEL, a Notary Public in and for the District of Columbia, taken at the offices of Akin Gump Strauss Hauer & Feld, 1333 New Hampshire Avenue, N.W., Washington, D.C. at 9:36 a.m., Monday, May 12, 2007, and the proceedings being taken down by Stenotype by DENNIS A. DINKEL, FAPR, CRR, and transcribed under his direction.

Page 134

1  discrimination when you were with the Public and
2  Indian Housing division?
3       A.  No.
4              (A document was marked for
5              identification as Exhibit
6              No. 22.)
7  BY MR. WILSON:
8       Q.  Mr. Hightower, you're welcome to review
9  Exhibit 22 in its full detail if you choose to; but
10 my question is going to be pretty specific.  That is
11 what is this?
12      A.  It's the utilities -- yes.  My electric,
13 Verizon, home phone number, and I'm not claiming any
14 of these charges.
15      Q.  These charges are not being claimed?
16      A.  Yes.
17      Q.  Just so the record is clear, the charges
18 that are not being claimed are those reflected on
19 Exhibit 22.
20          Are you making any utility charge claims
21 for the time of fire to the time you moved in to your
22 Hunters Brooke home in July of 2005?

Page 135

1       A.  No.
2           MR. WILSON:  Let's do this.  Let's take a
3  quick break.  I'll consult my notes and see if I have
4  anything further.  Then we'll get you on your way,
5  hopefully.
6              (Discussion off the record.)
7  BY MR. WILSON:
8       Q.  Prior to the fire, did you have any
9  interactions with any of the security guards at
10 Hunters Brooke?
11      A.  Yes.
12      Q.  Who did you interact with?
13      A.  Aaron Speed.
14      Q.  How do you know it was Aaron Speed?
15      A.  His name tag said Speed.
16      Q.  Was Mr. Speed in uniform?
17      A.  Yes.
18      Q.  What time of day was this?
19      A.  It varies.  Depending on when we went to
20 visit the site.
21      Q.  How many times did you interact with
22 Mr. Speed at the Hunters Brooke site prior to the

Page 136

1  fire?
2       A.  I'm not sure.  Best estimate, maybe -- I'm
3  not sure how many times.
4       Q.  More than once?
5       A.  Yes.  More than once.
6       Q.  More than five times?
7       A.  Yes.  More than five times.
8       Q.  When you interacted with Mr. Speed, did he
9  do anything that indicated to you he was a racist?
10      A.  Anything that he was a racist?  No.
11      Q.  Did Mr. Speed in any way act impolite to
12 you, or rude?
13      A.  My personal opinion, yes.
14      Q.  What did he do that allowed you to form
15 that personal opinion?
16      A.  I think on one occasion, we went to the
17 site.  He was -- asked for ID and then shining lights
18 in my face, asking who was in the back.  I said our
19 kids were in the back.  He took the flashlight and
20 shined the light in their face, making sure -- took a
21 little longer than normal.
22      Q.  Did you understand he was doing his job at

Page 137

1  that time?
2       A.  Yes.  At the time he was checking, he was
3  a little longer than most cases.
4       Q.  Was this at night?
5       A.  No.
6       Q.  Did he shine a flashlight during the day?
7       A.  It was at dusk which I don't consider
8  night.
9       Q.  Was it dark outside such that you would
10 need a flashlight?
11      A.  No.  Not -- I wouldn't need it because I
12 could see.
13      Q.  Did you report Mr. Speed's conduct to
14 anybody?
15      A.  No.
16      Q.  Did you have any conversations with
17 Mr. Speed about what he was doing when he was shining
18 the light in the car?
19      A.  Conversation?
20      Q.  Yes.  Did you say what are you doing?  Why
21 are you taking so long?
22      A.  I do recall making -- "we were here

35 (Pages 134 to 137)

Page 138

1  yesterday."
2      Q.  All right.  Any other interactions you had
3  with Mr. Speed that are memorable to you?
4      A.  On the morning of the fires.
5      Q.  We'll get to that in a minute.  During
6  these times when you saw Mr. Speed before the fire,
7  you described an incident where he stopped your car,
8  asked for ID, and shined a flashlight in your face
9  and in your opinion children's faces in the back
10 seat.
11         Other than that day, can you describe any
12 other interactions you had with Mr. Speed prior to
13 the fire?  Were the other times in passing?  Waving?
14 What were the other times like?
15     A.  One other occasion, I remember him just --
16 we were going up the hill, and as we started
17 descending down, that's where his station was.  He
18 just came to the car.  Where are you going?  We're
19 going to see our house on Deer Point Court.  Okay.
20 Go on.  Some days he let us pass.  Some days he
21 wouldn't.  So --
22     Q.  Did you have any other interactions with

Page 139

1  any guards other than Mr. Speed prior to the day of
2  the fires?
3      A.  No.
4      Q.  Do you have any personal knowledge as to
5  the hiring practices of the security company at
6  Hunters Brooke prior to the fire?
7      A.  No.
8      Q.  Do you have any personal knowledge as to
9  the training provided by the security company to its
10 guards at Hunters Brooke prior to the fire?
11     A.  No.
12     Q.  Do you have any personal knowledge as to
13 any of the supervision provided to the guards at
14 Hunters Brooke prior to the day of the fire?
15     A.  No.
16     Q.  Do you have any personal knowledge as to
17 the reasons for the arson at Hunters Brooke?
18     A.  Do I have personal knowledge?
19     Q.  Yes.
20     A.  You mean my beliefs or do I know why this
21 happened?
22     Q.  Do you have personal knowledge, first?

Page 140

1  Did someone tell you why the fires were started?  One
2  of the perpetrators tell you?  Or are you basing your
3  information from sources other than the perpetrators?
4      A.  From sources other than the perpetrator.
5      Q.  All right.  What do you base your belief
6  on as to why fires were started at Hunters Brooke?
7      A.  The media.
8      Q.  Okay.  What in the media have you focused
9  on to ascribe the motives to the individual
10 defendants?
11     A.  My personal belief.  Again, of course, I
12 don't have firsthand knowledge.  But 41 -- 41 homes
13 set on fire.  29 severe fire damaged, 12 burnt
14 completely to the ground.  All the homes -- most of
15 the homes if not all of them were African-Americans
16 and the arsonists who set them on fire were
17 Caucasian.
18     Q.  What was the percentage of
19 African-American ownership within Hunters Brooke
20 prior to the fire?
21     A.  I wouldn't have that knowledge.
22     Q.  Do you know if any Caucasian families were

Page 141

1  affected by the fires?
2      A.  Just for clarification, Caucasian family,
3  you mean the entire family was Caucasian or mixed?
4      Q.  Let's start with the entire family is
5  Caucasian?
6      A.  None that I'm aware of.
7      Q.  What about mixed family?
8      A.  One that I'm aware of.
9      Q.  Who was that?
10     A.  Ken.  The one I mentioned earlier.
11     Q.  Have a you spoken to any Caucasian
12 family -- and by that I mean a family where both
13 members are Caucasian -- about the fires at Hunters
14 Brooke since the fire?  Let me start all over.
15         Are you aware that any Caucasian families,
16 and by that definition for this question, I'm talking
17 about both members are white -- are you aware of any
18 white families in Hunters Brooke at the time of the
19 fire?
20     A.  No.
21     Q.  Okay.  When you say you're not aware, do
22 you know if there were, in fact, any white families

36 (Pages 138 to 141)

Page 142

1  at Hunters Brooke living or going to live there at
2  the time of the fire?
3     A.   Not -- going to live there?
4     Q.   Yes.  Potential homeowners of Hunters
5  Brooke that were both Caucasian at the time of the
6  fire?
7     A.   I don't have this knowledge before the
8  fire but after the fire, I -- I did meet Caucasian
9  family that was being -- but not during our --
10    Q.   What was that family's surname?
11    A.   Honestly, I don't know.  The -- I don't
12 know the name.
13    Q.   What about the first names?
14    A.   I don't know that either.
15    Q.   Does that family still live in Hunters
16 Brooke?
17    A.   I don't know that.
18    Q.   Have you ever heard of the Mannings,
19 Joseph Manning?
20    A.   No.
21    Q.   Now you indicated that you had an
22 interaction with Mr. Speed on the day of the fire.

Page 143

1  Describe that for me, please?
2     A.   I was at the site.  Trying to get
3  information.  Asking anybody in passing.  Nobody
4  could give me information.  Then I happened to see
5  Mr. Speed standing over there.  Then I walked up to
6  him.  I asked, hey, what's going on?  And he kind of
7  motioned me to the side and said -- I said do you
8  know if my house is burnt?  He asked me to describe
9  where my house was located.  I told him the general
10 area.  And he said -- something to the effect -- not
11 verbatim -- something to the effect yeah, you might
12 have been hit.  It wasn't firm, but said you might
13 have been hit.
14    Q.   Did you have any other interaction with
15 Mr. Speed on the day of the fire?
16    A.   No.
17    Q.   What was he wearing on the day of the
18 fire?
19    A.   I don't know.
20    Q.   Was he in uniform that day?
21    A.   I really don't know.
22    Q.   Did he indicate to you he was working that

Page 144

1  day?
2     A.   No.
3     Q.   Did you think he was working as a security
4  guard that day of the fire?
5     A.   My personal assumption would be yes.
6     Q.   Do you have any personal knowledge other
7  than an assumption?
8     A.   No.  No personal knowledge other than an
9  assumption.
10    Q.   Since the fire and since that one
11 interaction with Mr. Speed the day of the fire, have
12 you had any other interaction with Mr. Speed?
13    A.   No.
14    Q.   Have you had any interaction with any of
15 the other defendants other than Mr. Speed at any
16 time?
17    A.   No.
18    Q.   Other than the media reports, do you have
19 any other information as to why the fires were set at
20 Hunters Brooke?
21    A.   Could you repeat that question again?
22    Q.   Other than the information you obtained

Page 145

1  from the media, do you have any other information as
2  to why the fires were set at Hunters Brooke?
3     A.   What time period is that covering?
4     Q.   Any time.  Right up until today?
5     A.   No.
6     Q.   Do you know if the media has reported
7  different reasons for the arsons?
8     A.   Not to my knowledge.
9          Let me retract that.  Yes.  Yes.
10    Q.   All right.  What different reasons have
11 been given through the media coverage that you're
12 aware of?
13    A.   Two I'm aware of.  Environmentalists and
14 racially motivated.
15    Q.   When you're living in Charles County, do
16 you think that's a racially charged community?
17    A.   Do I think it's a racially charged
18 community?
19    Q.   Yes.
20    A.   No.
21    Q.   Do you think Charles County has any racial
22 undertones or tensions?

37 (Pages 142 to 145)