# EXHIBIT 5

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Southern Division

```
- - - - - - - - - - - - - - - - X
JOSEPH ANTONIO, et al.,         :
    Plaintiffs,                 :
           v.                   : Case No.
SECURITY SERVICES OF            : 8:05-cv-02982-AW
AMERICA,                        :
    Defendants.                 :
- - - - - - - - - - - - - - - - X
```

Washington, D.C.

Friday, March 20, 2008

Deposition of LEONARD ORR SWOOPES, a Plaintiff herein, called for examination by counsel for Defendants in the above-entitled matter, pursuant to notice, the witness being duly sworn by MARY GRACE CASTLEBERRY, a Notary Public in and for the District of Columbia, taken at the offices of Akin Gump Strauss Hauer & Feld, 1333 New Hampshire Avenue, N.W., Washington, D.C., at 9:30 a.m., Friday, March 20, 2008, and the proceedings being taken down by Stenotype by MARY GRACE CASTLEBERRY, RPR, and transcribed under her direction.

Page 78

1  be security services at the site?
2      A.  Oh, no, I never discussed it. But I did
3  see security before the fires, I'm sorry.
4      Q.  When is the first time you saw security
5  officers at the Hunters Brooke site? And you can
6  just give me a general approximation with regard to
7  the date of the fire.
8          MS. THABAULT: Objection, vague.
9          THE WITNESS: I have no idea.
10         BY MR. MORIARTY:
11     Q.  Tell me what you observed when you went to
12 the neighborhood before the fires. What did you
13 observe the security officers doing?
14     A.  Just parked.
15     Q.  Where were they generally parked?
16     A.  It depends on, I guess, what day or what
17 time you go during the day, but one position was at
18 the top of the hill.
19     Q.  When the security officer was at the top
20 of the hill, would he be inside his vehicle?
21     A.  Yes.
22     Q.  Did you ever see the security officer or

Page 79

1  his vehicle parked at a different location?
2      A.  Yes.
3      Q.  Where else did you see him parked?
4      A.  Sometimes they would park at the very top
5  of the hill and you would get to the top and they
6  would be probably maybe four or 500 yards back from
7  that spot that's like on the same street but farther
8  back, and the first cul-de-sac when you get to the
9  top of the hill to the right.
10     Q.  So we're clear, when you say top of the
11 hill, you mean at the entrance to the Hunters Brooke
12 site?
13     A.  Well, the intersection is at 225. You
14 have to come up a steep hill before you get to the
15 housing. So I guess before you get to the housing.
16     Q.  What time of day would you see the
17 security officers at the site?
18     A.  Different times of day as I would go up
19 there different times during the day. Mostly late
20 evening.
21     Q.  Did you ever have any interaction with the
22 security officers before the fires?

Page 80

1      A.  One.
2      Q.  Describe that interaction you had.
3      A.  Actually, we went to check on the progress
4  of the home and was coming up the hill and the
5  security guard immediately jumped out and stopped us
6  to ask us who we were, and where were we going and
7  what we were doing there.
8      Q.  What time of day was that?
9      A.  I'm going to say late afternoon.
10     Q.  Was it dark outside?
11     A.  No.
12     Q.  When did this interaction occur? Was it
13 before the fires?
14     A.  Yes.
15     Q.  How many weeks before the fires did it
16 occur?
17     A.  I can't remember. Maybe -- if it was a
18 week, maybe four days, three days.
19     Q.  What exactly did the security officer say
20 to you?
21     A.  Asked were we purchasing a home in the
22 development and -- no, what lot are we purchasing in

Page 81

1  the development.
2      Q.  Did you tell him which lot?
3      A.  Yes.
4      Q.  What else did he ask you? Let me clarify.
5  Was it a man or a female?
6      A.  A man.
7      Q.  At the time of the interaction, did you
8  know the security officer's name?
9      A.  Yes.
10     Q.  What was his name?
11     A.  Aaron Speed.
12     Q.  How did you know his name when you had the
13 interaction with him?
14     A.  Well, he entered -- well, once he found
15 out who we were, we introduced ourselves and said who
16 we were and what lot. That's when he introduced
17 himself.
18     Q.  What else were you asked by the security
19 officer?
20     A.  If we had kids.
21     Q.  Were your kids in the car?
22     A.  No.

Page 82

1   Q.  Do you know why he was asking you if you
2   had kids?
3   A.  No.
4   Q.  What did you respond?
5   A.  Yes, we do have kids.
6   Q.  What else did you discuss with the
7   security officer?
8   A.  That we had kids and asked, did he have
9   kids.
10  Q.  And what did he say?
11  A.  He said yes, he had a son.
12  Q.  Did he tell you anything else about his
13  son?
14  A.  And that his son was deceased.
15  Q.  Did he tell you any more about that?
16  A.  That his son was deceased.
17  Q.  Did he tell you that he recently had
18  passed away?
19  A.  I don't know if he told us that or not.
20  Q.  What else did you discuss with the
21  security officer on that day?
22  A.  What did we discuss?  Oh, asked him how

Page 83

1   everything was going, was there any problem, was
2   there any commotions or anything.
3   Q.  And what did he reply?
4   A.  He said that there have -- that everything
5   is okay, but they're having a theft problem.
6   Q.  Was this the first time you saw security
7   officers in the neighborhood?
8   A.  Yes.
9   Q.  How many times did you see security
10  officers in the neighborhood when you visited before
11  the fires?
12  A.  I would say two, maybe three.
13  Q.  How long did your stop on the day you had
14  interaction with the security officer last?
15  A.  I'm sorry?
16  Q.  In duration, how many minutes did you stop
17  and talk to the security officer on the day we just
18  discussed?
19  A.  The first time?  Two or three minutes,
20  maybe five.
21  Q.  After your discussion, did you proceed to
22  go look at your lot?

Page 84

1   A.  Yes.
2   Q.  Was the security officer polite and
3   courteous during your interaction with him?
4   A.  Yes.
5   Q.  Did you have any other interaction with
6   the security officers at the Hunters Brooke site
7   before the fires?
8   A.  Yes, there was one other time.
9   Q.  Describe that interaction.
10  A.  Well, again, when we pulled up in the
11  development, they eventually stopped us.
12  Q.  Was this the same security officer that
13  had stopped you before?
14  A.  No.
15  Q.  Was this a male or female security
16  officer?
17  A.  Male.
18  Q.  Do you know that security officer's name?
19  A.  No.
20  Q.  What race was that security officer?
21  A.  Black.
22  Q.  Where did he stop you in the neighborhood?

Page 85

1   A.  Right at the top of the hill.
2   Q.  What did he say to you?
3   A.  Asked us where we -- what lot were we
4   purchasing and did we have ID.
5   Q.  And did you tell him the lot and show him
6   your ID?
7   A.  Well, I asked for his ID, because I didn't
8   know who he was.  I was like, who are you?
9   Q.  Was he able to show you an ID?
10  A.  No.
11  Q.  What did he tell you with regard to that?
12  A.  That he was working for the security
13  company and they hired him to keep an eye on things.
14  Q.  How did you respond?
15  A.  I said, okay, you're doing a great job.
16  Q.  Did you tell him the lot number and show
17  him your ID?
18  A.  No.
19  Q.  Did he allow you to proceed to go --
20  A.  He followed me around to the lot.
21  Q.  Did you discuss anything else with him
22  that day?