# EXHIBIT 6

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Southern Division

- - - - - - - - - - - - - - - - X

JOSEPH ANTONIO, et al.,            :
    Plaintiffs,               :
             v.                :   Case No.

SECURITY SERVICES OF               :   8:05-cv-02982-AW

AMERICA,                           :
    Defendants.               :
- - - - - - - - - - - - - - - - X

                  Washington, D.C.

                  Monday, April 14, 2008

        Deposition of EVORA LYNETTE SWOOPES, a

witness herein, called for examination by counsel for

Defendants in the above-entitled matter, pursuant to

notice, the witness being duly sworn by MARY GRACE

CASTLEBERRY, a Notary Public in and for the District

of Columbia, taken at the offices of Akin Gump

Strauss Hauer & Feld, 1333 New Hampshire Avenue,

N.W., Washington, D.C., at 9:37 a.m., Monday, April

14, 2008, and the proceedings being taken down by

Stenotype by MARY GRACE CASTLEBERRY, RPR, and

transcribed under her direction.

**Evora L. Swoopes**                                           **April 14, 2008**
**Washington, DC**

Page 122

1    Q.   N-o-b-e-l or l-e?
2    A.   L-e.
3    Q.   Was the lawsuit in your name?
4    A.   Pardon me?  How do you mean?
5    Q.   In that case, were you the plaintiff or
6  the defendant?  Were you the one who was bringing the
7  suit or were you the one being sued?
8    A.   There were three cars, so it was a
9  turn-around.  Everybody was --
10   Q.   Was your name included in whatever the
11  style of the case would be?
12   A.   It was both.  I was defendant and a -- I
13  was both.
14   Q.   Right.  But my point is if I were to look
15  on the Web site to try to find the name of the
16  lawsuit, would I see your name in the caption?
17   A.   Somewhere, yes.
18   Q.   Other than that automobile accident, the
19  one prior to that in the 1990s, have you been a party
20  to any other lawsuits in the past or present?
21   A.   No.
22   Q.   Have you ever filed any claims of any

Page 123

1  nature for disability benefits?
2    A.   No.
3    Q.   Have you ever filed any claims for Social
4  Security benefits?
5    A.   No.
6    Q.   Have you ever filed any claims for
7  discrimination of any type?
8    A.   No.
9    Q.   Have you ever filed any administrative
10  proceeding at all?
11   A.   No.
12   Q.   Have you ever filed any property insurance
13  claims as it relates to your home in Hunters Brooke?
14   A.   Yes.
15   Q.   What was the nature of the property
16  insurance claim?
17   A.   The basement had flooded.
18   Q.   When was that?
19   A.   At least two years ago.
20   Q.   Approximately 2005, '6?
21   A.   Probably 2006.
22   Q.   Who was your insurance carrier?

Page 124

1    A.   I would not know that information.
2    Q.   When you closed, your insurance carrier
3  was identified as Balboa.  Did that ever change?
4    A.   It's probably still the same, is my guess.
5  That's my guess.
6    Q.   If all you're doing is guessing, we'll
7  make sure the record reflects that.
8    A.   You don't want me to guess.  I'm sorry.
9        MR. BRUSKIN:  No, neither of us want you
10  to guess.
11       THE WITNESS:  I'm sorry.
12       BY MR. WILSON:
13   Q.   So you don't know one way or the other who
14  your insurance carrier is at this point?
15   A.   No.
16   Q.   Have you kept any notes or diaries as it
17  related to any of the issues of the Hunters Brooke
18  fire?
19   A.   No.
20   Q.   Have you checked all of your e-mails to be
21  sure you've produced whatever information you would
22  have had about the fires to your counsel?

Page 125

1    A.   Yes.
2    Q.   Have you ever served in the United States
3  military?
4    A.   No.
5    Q.   Do you have any personal knowledge as to
6  any of the hiring practices of the security company
7  named in this lawsuit?
8    A.   Would you repeat that?
9    Q.   Do you have any personal knowledge as to
10  any of the hiring practices of the security company
11  that's named in this lawsuit?
12   A.   No.
13   Q.   Do you have any personal knowledge as to
14  the training the security company named in this
15  lawsuit provided to its guards at Hunters Brooke?
16   A.   No.
17   Q.   Do you have any personal knowledge as to
18  the supervision of any of the guards at Hunters
19  Brooke?
20   A.   No.
21   Q.   Did you have any interaction with any of
22  the security guards at Hunters Brooke prior to the

**Evora L. Swoopes**                                      **April 14, 2008**
**Washington, DC**

Page 126

1  fire?
2      A.  Yes.
3      Q.  Tell me about those interactions.
4      A.  One, Aaron Speed.
5      Q.  All right.  What happened?
6      A.  My husband and I were going to see our
7  house and he cautioned us and told us that we
8  couldn't go up the hill to see our home, and he began
9  to talk to us.  He asked us where we were staying --
10 or where we were living, rather.  When he asked that
11 question, I just said, Indian Head Highway.  I didn't
12 give a specific, because I didn't know why he was
13 asking where we lived.  And he said, oh.  He said his
14 son was buried there or something.  He said his son
15 was buried in Indian Head.
16         And I just looked up at his face and I
17 said, oh, you look rather young.  I think he said he
18 was 21.  And that was about it.  That was the
19 conversation.  And then he said that we could go and
20 see our house, and that was it.
21     Q.  When was that, do you remember?
22     A.  Probably around about -- about a month or

Page 127

1  so before the fire.
2      Q.  Was that the only time you had any
3  interaction with the security guards at Hunters
4  Brooke prior to the fire?
5      A.  Yes.
6      Q.  Was Mr. Speed in a uniform of any sort?
7      A.  I don't recall if he was wearing one.
8      Q.  Was he in a car when you met with him?
9      A.  No.  He was standing.  Just standing.  You
10 know, standing on the street.
11     Q.  Did he treat you respectfully?
12     A.  What do you mean?
13     Q.  I mean, did he do anything that you felt
14 was disrespectful or unprofessional in any way?
15     A.  Not to my recollection.
16     Q.  Did you ask any follow-up questions when
17 he said his son was buried in Indian Head?
18     A.  No.  I just looked up at his face when he
19 said that.  I told him he looked rather young.
20     Q.  Did your husband say anything when you
21 were with Mr. Speed?
22     A.  He said he was sorry to hear that he lost

Page 128

1  his son.
2      Q.  Did you all then discuss that meeting with
3  Mr. Speed subsequently, like as you were driving
4  away, did you say, you know, anything about that
5  conversation?
6      A.  No, not to my recollection.
7      Q.  Did you form any judgments of Mr. Speed at
8  the time you had that conversation?
9      A.  No.
10     Q.  Did you perceive him to be threatening in
11 any manner when you had that conversation with him?
12     A.  I didn't make any judgments.
13     Q.  Do you know the names of any other
14 security guards who worked at Hunters Brooke prior to
15 the fire?
16     A.  No.
17     Q.  Did you receive a transcript of the
18 criminal proceedings from your counsel?
19     A.  Yes.
20     Q.  What did you receive?
21     A.  What do you call it, the -- I want to say
22 the deposition style papers.  I don't know.  I don't

Page 129

1  know what you call it.
2      Q.  Did you receive any -- do you know what a
3  transcript is?  Maybe that's one of the words you're
4  having trouble with.  Do you know what a transcript
5  is, meaning it lists the question and then the
6  answer?  Have you ever seen something similar to
7  that?
8      A.  It's probably best to say I'm not sure.
9      Q.  What did you receive concerning the
10 criminal trials?
11     A.  Maybe I've misunderstood you there.  I'm
12 thinking of all of the deposition papers that we've
13 had going back and forth so I'll just say not to my
14 recollection.
15     Q.  All right.  Let me ask it -- when I say
16 the criminal trials, I'm talking about the individual
17 defendants.  Some of them participated at trial.  Do
18 you remember that?
19     A.  Yes.
20     Q.  Did you attend any of the trials?
21     A.  No, I did not.
22     Q.  Did your husband attend any of the trials?