# EXHIBIT 7

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

- - - - - - - - - - - - - - - X
JOSEPH ANTONIO, et al.,          :

    Plaintiffs,                  :

        v.                       :   Case No.

SECURITY SERVICES OF             :   8:05-cv-02982-AW

AMERICA,                         :

    Defendants.                  :

- - - - - - - - - - - - - - - X

                    Washington, D.C.

                    Tuesday, March 18, 2008

        Deposition of GREGORY BRUCE GIBBS, a

Plaintiff herein, called for examination by counsel

for Defendants in the above-entitled matter, pursuant

to notice, the witness being duly sworn by MARY GRACE

CASTLEBERRY, a Notary Public in and for the District

of Columbia, taken at the offices of Akin Gump

Strauss Hauer & Feld, 1333 New Hampshire Avenue,

N.W., Washington, D.C., at 9:10 a.m., Tuesday, March

18, 2008, and the proceedings being taken down by

Stenotype by MARY GRACE CASTLEBERRY, RPR, and

transcribed under her direction.

Page 62

1  A.  Not that I know of.
2  Q.  Did anyone discuss with you the type of
3  security services that were being provided before the
4  fires?
5  A.  No.
6  Q.  Did you know the duties and
7  responsibilities of the security officers at the
8  Hunters Brooke site before the fires?
9  A.  No.
10  Q.  Did you have any personal knowledge of the
11  security officers' hiring, training or supervision?
12  A.  No.
13  Q.  Did anyone ever tell you that the security
14  officers provided at Hunters Brooke before the fire
15  were provided for your benefit?
16  A.  No.
17  Q.  And you had no personal interaction with
18  security officers before the fire?
19  A.  No.
20  Q.  How about after the fire, did you have any
21  interactions with any of the security officers?
22  A.  What do you mean by interactions?

Page 63

1  Q.  Well, let's start with the week of the
2  fire. Did you see any of the security officers?
3  A.  The day of the fires, I believe I saw the
4  gentleman named Speed out front.
5  Q.  What were your observations of Mr. Speed?
6  A.  He looked to be security, had a security
7  guard uniform on, directing traffic.
8  Q.  Did you have a conversation with him?
9  A.  No.
10  Q.  Did you hear him make any statements?
11  A.  No.
12  Q.  Other than directing traffic, did you see
13  him do anything?
14  A.  No.
15  Q.  Did you see any other security officers
16  after the fire?
17  A.  When we moved in, there was security,
18  police parked out there.
19  Q.  Between the time of the fires and when you
20  moved in, did you see any of the security officers
21  that worked before the fires?
22  A.  No.

Page 64

1  Q.  Mr. Speed, who you identified by name --
2  did you know his name when you saw him the day of the
3  fire?
4  A.  No.
5  Q.  Do you know if you've seen Mr. Speed since
6  that day you saw him on the day of the fire?
7  A.  Just on TV.
8  Q.  What have you seen on TV about him?
9  A.  I recall one day seeing him say he had
10  nothing to do with the fires.
11  Q.  And that was on television?
12  A.  Yes.
13  Q.  Have you ever seen any other statements by
14  Mr. Speed, written statements or any television
15  broadcasts of him speaking?
16  A.  Not that I can recall.
17  Q.  Before the fires, did you ever see a
18  security officer enter your house?
19  A.  Excuse me?
20  Q.  Before the fires, did you ever see a
21  security officer enter any of the houses?
22  A.  No.

Page 65

1  Q.  I take it because you had no knowledge of
2  the security services before the fires, did you ever
3  complain about the security services that were being
4  provided?
5  A.  No.
6  Q.  After the fires, did you complain about
7  any of the security services?
8  A.  No.
9  Q.  Did you have any --
10    MR. AMLIN: You mean other than in this
11  lawsuit.
12    BY MR. MORIARTY:
13  Q.  After the fire, did you have any
14  conversations with any of the employees or agents of
15  the security company?
16  A.  No, not that I recall.
17  Q.  Did you have any discussions with the
18  builder about the security services?
19  A.  I didn't.
20  Q.  Where were you when you learned of the
21  fires?
22  A.  At work.