# EXHIBIT 8

# OBER | KALER
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**Kelly M. Preteroti**
kmpreteroti@ober.com
410-347-7308

**Offices In**
Maryland
Washington, D.C.
Virginia

October 6, 2008

COUNSEL OF RECORD

Re:  *Antonio, et al. v. Security Services of America, LLC, et al.*
      Case No. AW-05-2982

Dear Counsel:

Enclosed please find Aaron Speed's Witness List. Please do not hesitate to contact me if you have any questions.

Very truly yours,

Kelly M. Preteroti

KMP:smc
Enc.

2023735.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| JOSEPH ANTONIO, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SECURITY SERVICES OF AMERICA, LLC )<br>et al., )<br>)<br>Defendants. )<br>) | Civil Action No.<br>8:05-cv-02982-AW |

## DEFENDANT AARON SPEED'S WITNESS LIST

Pursuant to the agreement of counsel, defendant Aaron L. Speed, Sr. identifies the following persons that he anticipates calling as witnesses at the trial of this matter:

1. Aaron L. Speed, Sr.

2. Michael Everhart

3. Roy McCann

4. Jeremy Parady

5. Patrick Walsh

6. William "Billy" Fitzpatrick
   15900 Livingston Rd.
   Accokeek, MD 20607
   (301) 283-2220

7. Tamara Speed
   859 Copley Ave.
   Waldorf, MD 20602
   (301) 638-7781

8. Terri Douglas
   859 Copley Ave.
   Waldorf, MD 20602
   (301) 638-7781

2047936.v1

9.  Brandi Grafton
    SSA Security, Inc.
    8861 Colesville Rd.
    Silver Spring, MD 20910
    (301) 588-8901

10. Each of the named plaintiffs.

11. Undetermined company representatives of Security Services of America, LLC, ABM Industries, Inc., SSA Securities, Inc., and/or any entities related to the foregoing.

12. Several depositions remain pending, including that of Aaron Speed. Mr. Speed reserves the right to call as witnesses persons identified in those depositions or persons who become known as a result of those depositions.

13. Several discovery requests remain outstanding. Mr. Speed reserves the right to call as witnesses persons identified in those discovery responses or persons who become known as a result of that discovery.

14. Expert witnesses to be designated consistent with this case's Scheduling Order.

15. Aaron Speed reserves the right to supplement his Witness List, to substitute for the witnesses identified herein, to offer the testimony of any witness necessary to authenticate any document or record offered into evidence, and to offer witnesses for impeachment and/or rebuttal.

16. Aaron Speed reserves the right to offer the testimony of all witnesses identified in the witness lists filed by any of the plaintiffs or any of the co-defendants.

Respectfully submitted,

*/s/ Harold G. Belkowitz*
Harold G. Belkowitz
hgbelkowitz@ober.com
*Maryland Federal Bar No. 013031*
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H St., NW, Suite 500
Washington, DC 20005
(202) 408-8400 (telephone)
(202) 326-5260 (facsimile)

Kelly Preteroti
kmpreteroti@ober.com
*Maryland Federal Bar No. 28231*
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland  21202
(410) 685-1120
(443) 263-7508

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of October, 2008, a copy of the foregoing Defendant Aaron Speed's Witness List was sent by First Class Mail, postage prepaid to the following:

Steven H. Schulman, Esq.
Torsten M. Kracht, Esq.
C. William Frick, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
*Counsel for Plaintiffs*

Isabelle M. Thabault, Esq.
Robert Bruskin, Esq.
Donald L. Kahl, Esq.
Washington Lawyers' Committee
 For Civil Rights and Urban Affairs
11 Dupont Circle, N. W., Suite 400
Washington, D.C. 20036
*Counsel for Plaintiffs*

John S. Wilson, Esq.
Kevin L. Keller, Esq.
Joseph P. Moriarty, Esq.
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, VA 23510
*Counsel for Corporate Defendants*

Scott A. Thomas, Esq.
Tydings & Rosenberg LLP
26th Floor
100 East Pratt Street
Baltimore, MD 21202
*Counsel for Corporate Defendants*

Joshua R. Treem, Esq.
Schulman, Treem, Kaminkow,
 Gilden & Ravenell, P.A.
World Trade Center, Suite 1800
401 East Pratt Street
Baltimore, MD 21202
*Counsel for Defendant Roy McCann*

Daniel R. Chemers, Esq.
G. David Dean, Esq.
Saul Ewing LLP
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, MD 21202
*Counsel for Defendant Jeremy Parady*

Philip T. Evans, Esq.
John S. Irving, Esq.
Holland & Knight LLP
Suite 100
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20036
*Counsel for Defendant Michael Everhart*

Brent J. Gurney, Esq.; Renee J. Barnett, Esq.
Robert D. Cultice, Esq.; Kevin H. Moriarty,
Esq.; Thaya F. Brook, Esq. and
Kevin C. Heffel, Esq.
Wilmer Cutler Pickering
Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
*Counsel for Defendant Patrick Walsh*

/s/ Kelly M. Preteroti
Kelly M. Preteroti

2047936.v1

4