**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**ALEXANDER WILLIAMS, JR.**<br>**UNITED STATES DISTRICT JUDGE** | **6500 CHERRYWOOD LANE**<br>**GREENBELT, MD 20770**<br>**(301) 344-0637**<br>**FAX (301) 344-0672** |

November 1, 2012

MEMO TO COUNSEL:　　　　　　　ANTONIO, *et al.*, v. SECURITY SERVICES OF
　　　　　　　　　　　　　　　　AMERICA, LLC, *et al.* (No. 05-cv-02982-AW)

Dear Counsel:

The Court would like to hold a brief telephonic conference to address Plaintiffs' pending motion for entry of final judgment and motion for stay. The Court is available on Thursday, November 8, 2012 at 9:00 a.m., or Thursday, November 15, 2012 at 9:00 a.m. or 1:00 p.m. The parties shall confer and inform the Court via ECF as to a mutually agreeable time.

Despite the informal nature of this correspondence, the parties shall treat it as an Order, and the Clerk shall docket it accordingly.

　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　Alexander Williams, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge