**JOSEPH L. DECKER**
202.887.4548/fax: 202.887.4288
jdecker@akingump.com

November 2, 2012

VIA ECF

The Honorable Judge Alexander Williams, Jr.
U.S. District Court, District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:     *Antonio et al v. Security Services of America, LLC, et al.,* CA No. AW-05-2982

Your Honor:

  Plaintiffs' counsel conferred with counsel for Defendant SSA Security Inc. and counsel for Defendant Aaron Speed.  The parties respectfully request that the Court conduct a telephonic conference to address Plaintiffs' pending motion for entry of final judgment on claims against SSA and motion for stay pending appeal on Thursday, November 15, 2012 at 1:00 p.m.

  Plaintiffs would provide the following conference line:
Dial-in telephone number:  800-705-9024
Passcode:  8874071

  Thank you for scheduling this conference.  The Plaintiffs and Defendants look forward to talking with you regarding these pending motions.

      Best regards,

      Joseph L. Decker