**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**ALEXANDER WILLIAMS, JR.**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MD 20770**
**(301) 344-0637**
**FAX (301) 344-0672**

November 2, 2012

MEMO TO COUNSEL:  ANTONIO, *et al.*, v. SECURITY SERVICES OF AMERICA, LLC, *et al.* (No. 05-cv-02982-AW)

Dear Counsel:

The Court has scheduled a teleconference for Thursday, November 15, at 1:00 p.m. to address Plaintiffs' pending motions. The parties and the Court shall use the dial-in information provided by Plaintiffs. *See* ECF No. 574. If any problems arise prior to the scheduled teleconference, please contact chambers at (301) 344-0637.

Despite the informal nature of this correspondence, the parties shall treat it as an Order, and the Clerk shall docket it accordingly.

_____/s/_____
Alexander Williams, Jr.
United States District Judge