IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |
|---|---|
| JOSEPH ANTONIO, *et al.*,<br>      Plaintiffs,<br><br>           v.<br><br>SECURITY SERVICES OF AMERICA, LLC, *et al.*,<br>      Defendants. | *<br>*<br>*<br>*<br>*<br>*  Civil Action No. 05-cv-2982-AW<br>*<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Pending before the Court is Plaintiffs' Motion for Entry of Final Judgment and Motion for Stay of Aaron Speed's Trial Pending Appeal. Doc. No. 566. A telephonic conference was held on Plaintiffs' Motions on November 15, 2012 at 1:00 p.m. For the reasons stated on the record, it is, this **15th day of November, 2012**, hereby ordered that:

1) Plaintiffs' Motion for Stay is DENIED;

2) A decision on Plaintiffs' Motion for Entry of Judgment will be reserved until November 30, 2012 at the latest; and

3) Plaintiffs shall inform the Court by November 30, 2012 whether they intend to proceed to trial against Mr. Speed;

4) The Clerk shall transmit a copy of this Order to all counsel of record.

                                                            /s/
                                       Alexander Williams, Jr.
                                       UNITED STATES DISTRICT JUDGE