IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH ANTONIO, *et al.*,<br>    Plaintiffs,<br><br>         v.<br><br>SECURITY SERVICES OF AMERICA, LLC, *et al.*,<br>    Defendants. | Civil Action No. 05-cv-2982-AW |

**ORDER**

Pending before the Court is Plaintiffs' Consent Motion to Dismiss Defendant Aaron Speed with Prejudice, Doc. No. 577, and Plaintiffs' Motion for Entry of Final Judgment, Doc. No. 566. The Court will grant Plaintiffs' Consent Motion to Dismiss and therefore deny Plaintiffs' Motion for Entry of Final Judgment as moot. The Court will also direct that the case be closed given that all claims have been adjudicated. Accordingly, it is, this **4th day of December, 2012**, hereby **ORDERED** that:

1) Plaintiffs' Consent Motion to Dismiss Aaron Speed with Prejudice, Doc. No. 577, is **GRANTED**, Defendant Aaron Speed shall be terminated from this action, and all Parties shall bear their own costs;

2) Plaintiffs' Motion for Entry of Final Judgment, Doc. No. 566, is **DENIED** as moot;

3) The Clerk of the Court shall **CLOSE** this case; and

4) The Clerk shall transmit a copy of this Order to all counsel of record.

/s/
Alexander Williams, Jr.
UNITED STATES DISTRICT JUDGE